

255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T (513) 832-5473 · F (513) 977-8147
E Lindsay.Gerdes@dinsmore.com

November 19, 2025

**By Email and ECF**
The Honorable Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New ork
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera*
           Case No. 25-CR-346 (KAM)

Dear Judge Kaminsky:

    I write on behalf of defendant Emmanuel Clase De La Cruz to respectfully request that the Court modify the conditions of Mr. Clase's release. The government has advised that it consents to the proposed modifications described below. Pretrial Services has also advised that it consents to removing location monitoring and takes no position on adding a second suretor.

    On November 13, 2025, Mr. Clase was released on a $600,000 bond signed by one suretor, Kelvin Nova, who appeared by phone. The bond further called for the posting of an identified property by November 19, 2025, and required Mr. Clase to be subject to electronic monitoring. We now respectfully request that the bond be modified to allow for Mr. Clase's release on a bond secured by two sureties, including Mr. Nova. We further request that the bond be modified to allow Mr. Clase until December 2, 2025, to have the remaining suretor sign the bond and to post the property identified in the bond. Finally, we request that the bond be modified to remove the condition of electronic monitoring after the other suretor has signed

the bond and the property has been posted. We respectfully submit that the proposed modifications are the least restrictive conditions necessary to reasonably assure Mr. Clase's appearance as required. Notably, Mr. Clase self-surrendered on this case after the indictment was unsealed.

Thank you for your consideration of this request.

Respectfully submitted,

*Lindsay K. Gerdes*

Lindsay K. Gerdes, Esq.
Dinsmore & Shohl
255 East 5th St., Suite 1900
Cincinnati, Ohio 45202
Lindsay.Gerdes@dinsmore.com

cc:   AUSA Sean M. Sherman (by ECF)
      AUSA Eric Silverberg (by ECF)
      Pretrial Services Officer Samantha Eden

This application is granted in full.

SO ORDERED.

*Clay H. Kaminsky*
Clay H. Kaminsky, U.S.M.J.
November 19, 2025