MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Robert Levy                                DATE: 11/26/25

DOCKET NUMBER: 25CR346 (KAM)                                  LOG #: 10:56 – 11:07

DEFENDANT'S NAME: Emmanuel Clase De LaCruz
___ Present   X Not Present   ___ Custody   X Bail

DEFENSE COUNSEL: Michael Ferrera
___ Federal Defender   ___ CJA   ___ appointed by the Court   X Retained

A.U.S.A _____                                  CLERK: G Mynen

Probation: _____                               (Language) Spanish

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

___ Bail application Hearing held.    ___ Defendant's first appearance.

   ___ Bond set at _____  Defendant ___ released ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond.

   _1_ Surety(ies) Anabel Calderon sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge

Other Rulings: Bond satisfied. Stand-Alone Monitoring lifted.