# Dinsmôre

**ORDER denying request for bail modification due to the risk of flight as articulated in the Government's response (ECF 55).**
**So Ordered** *Lara K. Eshkenazi*
**12/23/25**    U.S.M.J

**Lindsay K. Gerdes**
Partner
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T (513) 832-5473 · F (513) 977-8147
E Lindsay.Gerdes@dinsmore.com

December 23, 2025

**By Email and ECF**
The Honorable Judge Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New ork
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera*
         Case No. 25-CR-346 (KAM)

Dear Judge Eshkenazi:

I write on behalf of defendant Emmanuel Clase De La Cruz to respectfully request a temporary bond modification to allow Mr. Clase to travel home to the Dominican Republic from approximately December 24, 2025 to January 2, 2026 and to allow Mr. Clase to retrieve his passport from Pretrial Services ("Pretrial") for this purpose. Mr. Clase has had perfect compliance while out on bond and is not a flight request as outlined below. If the Court does not grant this request, this would be the first Christmas Mr. Clase spends away from his family. Pretrial does not consent to this request because the defendant's record of compliance is a monthlong at this point. The government opposes it.

On November 13, 2025, Mr. Clase voluntarily traveled from the Dominican Republic to the Eastern District of New York to self-surrender after the indictment in this matter was unsealed.[1] Mr. Clase was released on a $600,000 bond ultimately signed by two suretors, including his Dominican common law spouse (his "Common Law Spouse"), and secured by his residence in Ohio. Mr. Clase and his Common Law Spouse share a one-year-old daughter. Since his self-surrender, Mr. Clase has been separated from his family, including his Common Law Spouse and one-year-old daughter, who remain in the Dominican Republic. Mr. Clase respectfully requests the opportunity to travel home to be with his family over Christmas, the most significant holiday in Dominican culture.

---

[1] Mr. Clase has been paroled into the United States for the purpose of prosecution. He separately has a valid work-related visa authorizing him to be in the country.

In addition to seeing his family over the religious holiday, Mr. Clase also requests permission to travel to the Dominican Republic to marry his Common Law Spouse in a manner that will be recognized under United States law. This will enable his Common Law Spouse and daughter to seek legal-dependent visas to come to the United States to support him in the months leading up to, and during, trial, which is scheduled to begin in May 2026. Mr. Clase, through counsel, has been working with the government prosecution team for several weeks to obtain tourist visas for his Common Law Spouse and daughter. Despite those efforts, the tourist visa applications for Mr. Clase's Common Law Spouse and daughter were denied and new tourist visa applications cannot be considered until 2027. However, visa applications for legal dependents may be considered as soon as January 2026. For this reason, Mr. Clase seeks to perfect the dependent status of his Common Law Spouse through formal marriage so that she will be eligible to apply for a visa that would permit her travel to the U.S. in time to support Mr. Clase through trial.[2]

Mr. Clase is fully compliant with the terms of his release, and through his self-surrender from a foreign country and multiple trips to the Eastern District of New York for scheduled court appearances, he has demonstrated that he is not a flight risk and will appear as directed. Mr. Clase is also willing to agree to any conditions deemed necessary by the Court, including executing an extradition waiver, wearing an ankle monitor while he is abroad to facilitate location monitoring, and submitting to virtual check-in visits with Pretrial. Should Mr. Clase fail to appear, he would forfeit his entire Major League Baseball career, including the remainder of his $20 million contract and the more than $100 million he stands to earn based on his market value as one of the best pitchers in baseball. Mr. Clase's foremost incentive is returning to the U.S. and defending against these false accusations.

---

[1] Mr. Clase's daughter is already eligible to apply for a dependent; however, she cannot travel to the United States without her mother given her age.

For these reasons, we respectfully request that the Court enter an Order temporarily modifying the conditions of Mr. Clase's release to permit him to retrieve his passport from Pretrial and to travel to the Dominican Republic from approximately December 24, 2025 to January 2, 2026.

Thank you for your consideration of these requests.

Respectfully submitted,

*Lindsay K. Gerdes*

Lindsay K. Gerdes, Esq.
Dinsmore & Shohl
255 East 5th St., Suite 1900
Cincinnati, Ohio 45202
Lindsay.Gerdes@dinsmore.com

cc:     AUSA Sean M. Sherman (by ECF)
        AUSA Eric Silverberg (by ECF)
        Supervising U.S. Pretrial Services Officer Melissa Roman