IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>EMMANUEL CLASE DE LA CRUZ<br><br>                Defendant. | Case No. 25-CR-346 (KAM) |

## MOTION FOR BILL OF PARTICULARS

Defendant Emmanuel Clase De La Cruz respectfully moves this court, pursuant to Federal Rule of Criminal Procedure 7(f), for an order requiring the Government to file a bill of particulars setting forth the information requested below. As Co-Defendant Luis Leandro Ortiz Ribera explained in his Motion for Bill of Particulars, ECF No. 59, and Memorandum in Support, ECF No. 59-1,[1] the government's indictment does not adequately inform Mr. Clase of the specific acts or provide detailed notice of the alleged crimes for which he is accused. Mr. Clase therefore joins Mr. Ortiz in asking the Court to order the Government to specify and identify additional particulars regarding the nature of certain allegations contained in the Indictment.

Specifically, the indictment fails to adequately identify and describe the circumstances of which pitches thrown by Mr. Clase were allegedly not baseball plays

---

[1] Mr. Clase adopts the legal arguments advanced by Mr. Ortiz within his Motion for Bill of Particulars, ECF Entry No. 59, and Memorandum in Support, ECF Entry No. 59-1.

1

but acts in furtherance of a years long conspiracy or which facially benign communications were allegedly coded conspiratorial communications to allow the defendants to prepare for trial. These shortcomings are particularly prejudicial for Mr. Clase because the government alleges he participated in the conspiracy from May 2023 to June 2025 and Mr. Clase threw over two thousand pitches and engaged in tens of thousands of communications during that time. Mr. Clase cannot reasonably prepare for trial without the government specifying which of these pitches it alleges Mr. Clase threw were in furtherance of a crime and which of these communications it alleges were code.

Mr. Clase submits the following allegations from the Indictment which show the opacity surrounding alleged illegal pitches and coded messages:

1. Mr. Clase entered into a conspiracy with Bettor-1 and others from May 2023 through June 2025 to throw specific pitches so that the Bettors and at times Mr. Clase would profit from illegal wagers made based on that inside information (ECF No. 1, ¶ 13);

2. Mr. Clase threw specific pitches, beginning in or around May 2023, in coordination with Bettor-1 so that Bettor-1, Bettor-2, and other Bettors could place illegal wagers on over a hundred fraudulent straight bets and parlays with Mr. Clase's knowledge and approval (*Id.*, ¶ 14);

3. Mr. Clase used code language, such as "for repairs at the country house" or "Tell him that this is payment for a horse" to conceal the alleged proceeds of bets from illegal wagers (*Id.*, ¶¶ 19, 36).

As further described in the accompanying memorandum in support of this motion, a bill of particulars is necessary to support Mr. Clase's ability to prepare his defense and avoid unfair surprise at trial. Mr. Clase respectfully requests the Court grant his motion and direct the government to file a bill of particulars.

        Respectfully submitted,

        <u>/s/ *Michael Ferrara*</u>
        Michael Ferrara (*pro hac vice*)
        Lindsay Gerdes (NY Bar No. 4581690)
        Michael Bronson (*pro hac vice*)
        Riley Able (*pro hac vice*)
        Dinsmore & Shohl LLP
        191 W. Nationwide Blvd., Suite 200
        Columbus, OH 4325
        (614) 628-6975
        michael.ferarra@dinsmore.com

        ***Counsel for Emmanuel Clase***

## **GOOD FAITH CERTIFICATION**

Pursuant to Local Criminal Rule 16.1, undersigned counsel for Mr. Clase certifies that, on January 2 and 13, 2026, counsel for Mr. Clase conferred with counsel for the Government in an effort in good faith to resolve by agreement the issues raised by the foregoing Motion for Bill of Particulars without the intervention of the court and were unable to reach agreement.

Dated: January 13, 2026                     /s/ *Michael Ferrara*
                                            Michael Ferrara

5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on January 13, 2026 and that service of the same on all counsel of record will be made by the Court's CM/ECF system.

Dated: January 13, 2026                          /s/ *Michael Ferrara*
                                                 Michael Ferrara