

**Lindsay K. Gerdes**
Partner
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T (513) 832-5473 · F (513) 977-8147
E Lindsay.Gerdes@dinsmore.com

February 9, 2026

*Application granted.*
*Robert M. Levy*
*2/9/26*

**By Email and ECF**
The Honorable Vera M. Scanlon
Chief United States Magistrate Judge
United States District Court
Eastern District of New ork
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera*
             Case No. 25-CR-346 (KAM)

Dear Chief Judge Scanlon:

    I write on behalf of defendant Emmanuel Clase De La Cruz to respectfully request that the Court modify the conditions of Mr. Clase's release to permit Mr. Clase (1) to temporarily reside in Arizona and (2) to travel within the coterminous United States for work-related reasons as approved by Pretrial Services ("Pretrial") and with notice to the government. Pretrial has advised that it has no objection to the proposed modifications described in more detail below. The government indicated it "defer[s] to [P]retrial."

    On November 13, 2025, Mr. Clase self-surrendered from the Dominican Republic when the indictment in this case was unsealed. He is presently at liberty on a $600,000 bond signed by two suretors and secured by his residence in Ohio. Mr. Clase seeks a bond modification to live in Arizona, near his agent, and where he can train. Mr. Clase is a Major League Baseball player and a multiple-time All-Star who requires access to advanced training facilities and personnel in order to be prepared to compete at the highest level of professional sports. If this modification is granted, Mr. Clase expects to regularly return to and stay in Ohio to facilitate meetings with counsel in preparation for trial. Thus, Mrs. Clase respectfully requests that Ohio remain on his bond as a state in which he is permitted to be, and that Arizona be added to the bond as a state in which he is permitted to be.

    Mr. Clase seeks a further bond modification to allow him to travel within the coterminous United States for work-related reasons as approved by Pretrial and with notice to the government.

Mr. Clase would appreciate the flexibility for such work-related travel to facilitate meetings with his agent and to attend training sessions with professional-level trainers at suitable facilities, and to otherwise facilitate the pursuit of his occupation as a professional athlete. In addition to self-surrendering from another country, Mr. Clase has had perfect compliance while out on bond for nearly three months now. Additionally, Mr. Clase has travelled to attend three court appearances: the first from the Dominican Republic to self-surrender; and the other two from Ohio for status conferences. Mr. Clase is committed to defending himself against these charges at trial.

We respectfully submit that the proposed modifications are the least restrictive conditions necessary to reasonably assure Mr. Clase's appearance as required. Thank you for your consideration of these requests.

Respectfully submitted,

*Lindsay K. Gerdes*

Lindsay K. Gerdes, Esq.
Dinsmore & Shohl
255 East 5th St., Suite 1900
Cincinnati, Ohio 45202
Lindsay.Gerdes@dinsmore.com


cc:   AUSA Sean M. Sherman (by ECF)
      AUSA Eric Silverberg (by ECF)
      AUSA Sarah Evans (by ECF)
      Pretrial Services Officer Samantha Eden