

**DINSMORE & SHOHL LLP**
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
www.dinsmore.com  •  Legal Counsel

J. Riley Able
Phone (513) 832-5369 · Fax (513) 977-8141
Email riley.able@dinsmore.com

February 16, 2026

**By Email and ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera*
            Case No. 25-CR-346 (KAM)

Dear Judge Matsumoto:

      We submit this joint letter on behalf of defendants Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera to respectfully request that the Court conduct their arraignments on the superseding indictment at the next scheduled status conference on March 6, 2026.  The grand jury returned the superseding indictment on February 13, 2026.  *See* ECF No. 80.  Later that day, the Court issued an order setting arraignments for February 18, 2026.  Unfortunately, counsel for Mr. Clase has a scheduling conflict on February 18, as well as on February 19 and 20, 2026. Counsel for Mr. Ortiz has scheduling conflicts the following week.  In light of these conflicts, and because Messrs. Clase and Ortiz and counsel would otherwise need to travel from out of state solely for this appearance despite already being scheduled to appear before the Court on March 6, 2026, the parties respectfully request that the arraignments be held at the March 6 status conference.

      We appreciate the Court's consideration of this request.

                              /s/ J. Riley Able
                              J. Riley Able (*pro hac vice*)
                              Michael J. Ferrara (*pro hac vice*)
                              Lindsay K. Gerdes (NY Bar No. 4581690)
                              Michael J. Bronson (*pro hac vice*)
                              Dinsmore & Shohl LLP
                              255 East Fifth Street, Suite 1900
                              Cincinnati, Ohio 45202
                              (513) 977-8200
                              riley.able@dinsmore.com

                              ***Counsel for Emmanuel Clase***

/s/ Paul M. Flannery
Paul M. Flannery (pro hac vice)
Chris N. Georgalis (pro hac vice)
Flannery Georgalis, LLC
1621 Euclid Ave, Floor 20
Cleveland, OH 44115
(614) 367-2120
paul@flannerygeorgalis.com

Elizabeth Geddes (NY Bar No. 4348470)
Corva Law LLP
110 West 40th St., Suite 1003
New York, NY 10018
(646) 974-1143
liz@corvalaw.com

**Counsel for Luis Ortiz**

cc:     AUSA Eric Silverberg (by ECF)
        AUSA Sean M. Sherman (by ECF)
        AUSA Sarah Evans (by ECF)