

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EWS/SMS/SME
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 23, 2026

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Emmanuel Clase de la Cruz et al.
                 Criminal Case No. 25-346 (KAM) (S-1)

Dear Judge Matsumoto:

        The government respectfully submits this letter on behalf of all parties in response to the Court's order directing the parties to provide their availability in the event the Court adjourns the trial date, which is currently scheduled to begin with jury selection on May 4, 2026. As detailed below, it appears that all parties are available for trial on or after November 9, 2026.

        Counsel for defendant Robinson Vasquez Germosen has advised that the earliest he will be prepared to go to trial is September 2026, and he is available anytime thereafter in 2026.

        Counsel for defendant Luis Leandro Ortiz Ribera has requested that the government advise the Court as follows:

> Mr. Ortiz has filed a Motion to Sever his Trial from Co-Defendant Emanuel Clase and a Motion to Continue the Trial (collectively, the "Motions"), both of which have not been ruled upon. Based on the recently filed Superseding Indictment, Mr. Ortiz is determining whether he must file a Motion to Sever his Trial from newly indicted Co-Defendant Robinson Vasquez Germosen in order to ensure Mr. Ortiz receives a fair trial in this case. For all the reasons stated in the Motions, Mr. Ortiz believes that his trial should be severed from Mr. Clase and adjourned beyond the currently set May 4, 2026 Trial Date. In terms of availability, Mr. Ortiz's trial team is unavailable in October 2026, but has availability beginning on November 9, 2026.

Counsel for defendant Emmanuel Clase de la Cruz has requested that the government advise the Court as follows:

> Mr. Clase maintains his request for a speedy trial to begin May 4, 2026, as currently scheduled. Mr. Clase expects to file his motion to sever from defendants Ortiz and Vasquez by February 27 to enable the Court to rule on severance as soon as possible and before a decision on adjourning Mr. Clase's trial is made. Mr. Clase agrees that severance from Mr. Ortiz is appropriate for the reasons stated in Mr. Ortiz's motion, and severance from Mr. Vasquez is necessary due to incurable Bruton defects caused by allegations in the superseding indictment. To highlight one aspect of his speedy trial concerns, a continuance could jeopardize Mr. Clase's receipt of his contractual salary of approximately $6.4 million for the 2026 Major League Baseball season.
>
> To the extent that the Court delays Mr. Clase's trial over his objection, counsel for Mr. Clase are available beginning October 19, 2026. In addition, should the Court delay the trial, Mr. Clase respectfully requests that the Court preserve the current disclosure deadlines for § 3500 material, Giglio, and exhibits. Maintaining the current disclosure schedule mitigates prejudice to Mr. Clase for delays that are beyond his control and provides him reasonable time to identify exculpatory information and effectively prepare his defenses given the extraordinary volume of foreign language material in this case. The government is not prejudiced by this request as it has repeatedly stated it is ready for a May 4 trial and it has not identified a basis to further delay its disclosures.

      The government is available for trial on May 4, 2026, October 19, 2026, November 9, 2026, or any date thereafter.  In the event the Court modifies the trial date, the government believes the entire pretrial schedule should be modified accordingly.

                                                                       Respectfully submitted,

                                                                         JOSEPH NOCELLA, JR.
                                                                         United States Attorney

                         By:       /s/
                                                   Eric Silverberg
                                                   Sean M. Sherman
                                                 Sarah M. Evans
                                                 Assistant U.S. Attorneys
                                                 (718) 254-7000

cc:     Clerk of the Court (KAM) (by ECF)
          Defense Counsel (by E-Mail and ECF)