

U.S. Department of Justice

United States Attorney
Eastern District of New York

EWS/SMS/SME
F. #2025R00435

271 Cadman Plaza East
Brooklyn, New York 11201

February 26, 2026

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Emmanuel Clase de la Cruz et al.
Criminal Case No. 25-346 (KAM) (S-1)

Dear Judge Matsumoto:

The government respectfully submits this letter on behalf of all parties in response to the Court's order directing the parties to provide their availability in September 2026 as well as the anticipated length of the trial, in the event the Court adjourns the trial date, which is currently scheduled to begin with jury selection on May 4, 2026.

The parties anticipate that the trial will last approximately four weeks, with approximately two and one half to three weeks for the government's case-in-chief and five to eight days for the defense case. As detailed below, it appears that the parties do not have availability for trial in September 2026. As noted in the government's prior letter submitted on behalf of the parties on February 23, 2026, ECF No. 93, the parties are all available for trial on November 9, 2026.

Counsel for defendant Robinson Vasquez Germosen has advised that the earliest he will be prepared to go to trial is Monday, September 14, 2026, and he is available anytime thereafter in 2026.

Counsel for defendant Luis Leandro Ortiz Ribera has requested that the government advise the Court as follows:

> For the month of September 2026, counsel for Mr. Ortiz is currently scheduled to be in trial from September 14th through September 22nd and therefore unavailable during that time. Counsel for Mr. Ortiz is also unavailable beginning September 28, 2026. Counsel is available from September 1st through September 11th. Mr. Ortiz's motions

> to sever and continue (the "Motions") have not yet been ruled upon. And Mr. Ortiz is determining whether to file a motion to sever his trial from newly indicted co-defendant Mr. Vasquez as well to ensure that Mr. Ortiz receives a fair trial. Mr. Ortiz believes (but the Government should confirm its own estimate) that if this Court severs Mr. Ortiz's trial from Messrs. Clase and Vasquez, 1.5 - 2 weeks is likely required for the Government and Mr. Ortiz to present their cases to the jury.[1]

Counsel for defendant Ortiz had previously advised the Court that counsel was "unavailable in October 2026, but has availability beginning on November 9, 2026."

Counsel for defendant Emmanuel Clase de la Cruz has requested that the government advise the Court as follows:

> Counsel for Mr. Clase is available for trial August 31 to September 19, 2026. Counsel for Mr. Clase is unavailable beginning September 22, 2026. Mr. Clase still intends on filing his severance motion from Mr. Vasquez and Mr. Ortiz by Friday, February 27. Mr. Clase respectfully requests the Court to maintain the May 4 trial date as to him until that motion is fully briefed and the Court has ruled on it.

Counsel for defendant Clase had previously advised the Court that they were "available beginning October 19, 2026."

The government notes that it has some limitations on trial availability in September 2026 because of Jewish holidays from September 11-13, 2026, September 20-21, 2026, and September 25-October 2, 2026. As noted previously, the government is available for trial on October 19, 2026, November 9, 2026, or any date thereafter.

---

[1] For the reasons outlined in the government's opposition to Ortiz's motion to sever, the government's evidence in a trial against Ortiz and Vasquez (or Ortiz alone) would almost entirely overlap with the government's evidence in a trial against Clase and/or Vasquez, and the government's case-in-chief would accordingly be of similar length. Ortiz's counsel has advised that his defense case is expected to last three to five days.

        Finally, as the government previously noted, in the event the Court modifies the trial date, the government believes the entire pretrial schedule should be modified accordingly.

                                    Respectfully submitted,

                                    JOSEPH NOCELLA, JR.
                                  United States Attorney

By:      /s/                     
                                  Eric Silverberg
                                  Sean M. Sherman
                                  Sarah M. Evans
                                  Assistant U.S. Attorneys
                                  (718) 254-7000

cc:     Clerk of the Court (KAM) (by ECF)
        Defense Counsel (by E-Mail and ECF)