

110 West 40th Street, Suite 1003 · New York, N.Y. 10018 · (646) 974-1143 · www.corvalaw.com

March 26, 2026

<u>By ECF</u>

The Honorable Kiyo A Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States v. Emmanuel Clase De La Cruz, et al.*
     <u>Criminal Docket No. 25-346 (S-1) (KAM)</u>

Dear Judge Matsumoto,

  We write to respectfully request that the Court enter the following schedule for filing pretrial motions by all parties in the above-referenced matter:

- Pretrial motions will be filed on or before May 8, 2026;
- Responses to pretrial motions will be filed on or before May 22, 2026; and
- Replies to responses to pretrial motions will be filed on or before June 2, 2026.

The government and counsel for all parties consent to this application.

      Respectfully submitted,

      *Elizabeth Geddes*

      Elizabeth Geddes (NY Bar No. 4348470)
      Corva Law LLP
      liz@corvalaw.com

      Paul M. Flannery (pro hac vice)
      Chris N. Georgalis (pro hac vice)
      Flannery Georgalis LLC
      paul@flannerygeorgalis.com

      *Counsel for Luis Ortiz*

cc:  All Counsel (by ECF)