**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH:EWS/SMS/RMU
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 24, 2026

By ECF & E-mail

Michael Ferrara, Esq.
Michael Bronson, Esq.
Lindsay Gerdes, Esq.
Riley Able, Esq.
Dinsmore & Shohl
191 West Nationwide Blvd, Suite 200
Columbus, Ohio 43215
*Counsel to Emmanuel Clase De La Cruz*

Chris Georgalis, Esq.
Paul Flannery, Esq.
Samuel Landes, Esq.
Flannery | Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, Ohio 44115
*Counsel to Luis Leandro Ortiz Ribera*

Todd A. Spodek, Esq.
Spodek Law Group P.C.
233 Broadway, Suite 710
New York, New York 10279
*Counsel to Robinson Vasquez Germosen*

Elizabeth Geddes, Esq.
Corva Law LLP
110 West 40th Street, Suite 1003
New York, New York 10018
*Counsel to Luis Leandro Ortiz Ribera*

Re: United States v. Emmanuel Clase De La Cruz, et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Counsel:

Pursuant to the Court's scheduling order, enclosed please find an exhibit list for the upcoming trial in the above-captioned case. The enclosed exhibit list is being designated as "Sensitive" pursuant to the protective order entered by the Court on November 30, 2025, as amended on February 27, 2026. ECF Nos. 37, 100. The government reserves the right to

amend or supplement the enclosed exhibit list. The government also reserves the right to mark excerpts of the documents identified on the enclosed exhibit list as standalone exhibits.

If you have any questions, please feel free to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Eric Silverberg
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

c.c. Clerk of the Court (KAM) (by ECF)