**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS/RMU
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 31, 2026

By ECF & E-mail

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Emmanuel Clase de la Cruz, et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter in response to the Court's order dated August 28, 2026, directing the government to review the redactions applied to the government's opposition to the defendants' motions to suppress (ECF No. 170) and confirm whether the redactions remain necessary.

The government has reviewed its opposition and determined that the redactions remain appropriate in the publicly filed version for the reasons described in the opposition. See ECF No. 170 at 47 n.25. However, insofar as the redactions relate to materials that have since been provided to the defendants—pursuant to the government's obligations under Rule 16, Giglio, or its early provision of materials under 18 U.S.C. § 3500—the government has already provided defendant Ortiz with a version[1] of the opposition that removes redactions from those materials.

[1] On or about August 25, 2026, Ortiz asked the government to disclose unredacted versions of its oppositions to the motions to suppress and for Kastigar relief in light of the government's recent disclosures. Shortly before the Court issued its order on August 28, 2026, the government disclosed a version of ECF No. 170 to defendant Ortiz in response to his request that removed certain redactions.

The government is separately submitting the version provided to Ortiz under seal and will also provide it to counsel for defendants Clase and Vasquez.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (KAM) (by ECF and Hand Delivery)
Counsel of Record (by ECF and E-Mail)