**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH:EWS/SMS/RMU
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 11, 2026

By E-mail

Michael Ferrara, Esq.
Michael Bronson, Esq.
Lindsay Gerdes, Esq.
Riley Able, Esq.
Dinsmore & Shohl
191 West Nationwide Blvd, Suite 200
Columbus, OH 43215
*Counsel to Emmanuel Clase de la Cruz*

Chris Georgalis, Esq.
Paul Flannery, Esq.
Maximillian F. Nogay, Esq.
Flannery | Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, OH 44115
*Counsel to Luis Leandro Ortiz Ribera*

Todd A. Spodek, Esq.
Spodek Law Group P.C.
233 Broadway, Suite 710
New York, NY 10279
*Counsel to Robinson Vasquez Germosen*

Elizabeth Geddes, Esq.
Corva Law LLP
110 West 40th Street, Suite 1003
New York, NY 10018
*Counsel to Luis Leandro Ortiz Ribera*

Re: United States v. Emmanuel Clase De La Cruz et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Counsel:

Enclosed please find signed supplemental expert disclosures, provided in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure. The government reserves the right to supplement and/or correct this disclosure if appropriate. See Fed. R. Crim. P. 16(a)(1)(G)(vi). This letter and its contents are being produced pursuant to the protective order entered by the Court on November 30, 2025, as amended on February 27, 2026, which governs the disclosure and dissemination of designated discovery materials. See ECF Dkt. Nos. 37, 100.

The materials produced herein are designated as “Sensitive” under the protective order and should be treated accordingly.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (KAM) (by ECF)