DINSMORE

**DINSMORE & SHOHL LLP**
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
www.dinsmore.com • Legal Counsel

Lindsay K. Gerdes
(513) 832-5473 (direct) · (513) 977-8141 (fax)
lindsay.gerdes@dinsmore.com

September 14, 2026

**By ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

Re: *United States v. Emmanuel Clase de la Cruz*
Criminal Case No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

Earlier today, the government filed a letter asking for what amounts to three weeks to respond to our *Brady* motion (ECF No. 223) for sanctions and other relief. *See* ECF No. 229. The government failed to ask Mr. Clase for his position on its request. Mr. Clase opposes it. For the reasons stated in Mr. Clase's motion, the "nature of the relief" requested counsels in favor of a very short response deadline.

Respectfully submitted,

/s/ *Lindsay K. Gerdes*
Lindsay K. Gerdes (NY Bar No. 4581690)
Michael Ferrara (*pro hac vice*)
Michael Bronson (*pro hac vice*)
J. Riley Able (*pro hac vice*)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: (513) 977-8200
lindsay.gerdes@dinsmore.com

***Counsel for Emmanuel Clase***