DINSMORE

**DINSMORE & SHOHL LLP**
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215

222 W. Adams St., Suite 3400
Chicago, IL 60606

Michael Ferrara
(614) 628-6975 (direct)
michael.ferrara@dinsmore.com

September 17, 2026

**Via ECF**

Chambers of the Honorable Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, NY 11201

Re: United States v. Clase, 25-CR-346 (S-1) (KAM)

Dear Judge Matsumoto:

In an abundance of caution, Mr. Clase originally submitted his Renewed Motion to Compel the Production of Exculpatory Brady Materials and Request for Sanctions and Other Relief (the "Motion") under seal at ECF No. 223. Mr. Clase has since consulted with the government, who agrees the redactions in the version of the Motion attached to this letter as Exhibit A are sufficient to remove personal identifying information in accordance with the protective order in this case. *See* ECF No. 37. Accordingly, Mr. Clase respectfully files this letter to make his brief in support of the Motion available on the public docket. *Lugosch v. Pyramid Co.*, 435 F.3d 110, 119 ("The common law right of public access to judicial documents is firmly rooted in our nation's history").

Respectfully submitted,

*/s/ Michael Ferrara*
Michael Ferrara
Lindsay K. Gerdes
Michael J. Bronson
J. Riley Able

***Counsel for Mr. Clase***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, the foregoing document was filed in this matter using the Court's electronic filing system and that a copy was served on all counsel of record via ECF.

/s/ *Michael Ferrara*
Michael Ferrara (*pro hac vice*)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: (614) 628-6975
michael.ferrara@dinsmore.com

***Counsel for Emmanuel Clase***