# Exhibit B

## Filed Under Seal