# Exhibit D

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH:EWS/SMS/RMU
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2026

By E-mail

Michael Ferrara, Esq.
Michael Bronson, Esq.
Lindsay Gerdes, Esq.
Riley Able, Esq.
Dinsmore & Shohl
191 West Nationwide Blvd, Suite 200
Columbus, OH 43215
*Counsel to Emmanuel Clase de la Cruz*

Chris Georgalis, Esq.
Paul Flannery, Esq.
Sam Landes, Esq.
Flannery | Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, OH 44115
*Counsel to Luis Leandro Ortiz Ribera*

Todd A. Spodek, Esq.
Spodek Law Group P.C.
233 Broadway, Suite 710
New York, NY 10279
*Counsel to Robinson Vasquez Germosen*

Elizabeth Geddes, Esq.
Corva Law LLP
110 West 40th Street, Suite 1003
New York, NY 10018
*Counsel to Luis Leandro Ortiz Ribera*

Re: United States v. Emmanuel Clase De La Cruz et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Counsel:

On January 15, 2026, the Court ordered the government to provide the defendants with a list of potential pitches that may feature in the government's case at trial. As the Court noted, the list was subject to change without prejudice to the government due to the ongoing nature of its investigation. On February 5, 2026, the government provided the defendants with a preliminary list of potential pitches it was investigating. The government indicated that, at trial, it anticipated that it would prove that one or more of the pitches on the list were acts in furtherance of the charged schemes. The government noted, consistent with the Court's order, that the list was being provided without prejudice and that it reserved its rights to modify the list as the investigation continued.

In the motions in limine, you indicate that you remain uncertain about which pitches, if any, the government will offer at trial as proof of the charged conspiracies. See ECF No. 221, at 26. In order to aid in your preparation for trial, the government writes to inform you that it intends to offer evidence at trial that one or more of defendant Clase's pitches listed below were acts in furtherance of the charged schemes (hereinafter, the "Pitch List"):

| No. | Date | Inning | Batter | Pitch No. | S-1[1] |
|---|---|---|---|---|---|
| 1 | 5/19/2023 | 10 | Starling Marte | 1 | ¶ 24 |
| 2 | 5/30/2023 | 8 | Ramon Urias | 1 | |
| 3 | 5/30/2023 | 8 | Terrin Vavra | 2 | |
| 4 | 6/3/2023 | 9 | Ryan Jeffers | 1 | ¶ 25 |
| 5 | 6/4/2023 | 9 | Donovan Solano | 1 | ¶ 26 |
| 6 | 6/7/2023 | 9 | Jarren Duran | 1 | ¶ 27 |
| 7 | 6/9/2023 | 10 | Chas McCormick | 1 | ¶ 29 |
| 8 | 6/15/2023 | 8 | Manny Machado | 1 | ¶ 31 |
| 9 | 6/20/2023 | 9 | Ramon Laureano | 1 | |
| 10 | 9/19/2024 | 9 | Royce Lewis | 1 | |
| 11 | 10/5/2024 | 9 | Matt Vierling | 1 | |
| 12 | 4/12/2025 | 9 | Bobby Witt Jr | 1 | ¶ 35 |
| 13 | 4/26/2025 | 8 | Kristian Campbell | 1 | ¶ 40 |
| 14 | 4/29/2025 | 9 | Trevor Larnach | 1 | |
| 15 | 5/11/2025 | 9 | Max Kepler | 1 | ¶ 41 |
| 16 | 5/13/2025 | 9 | Jake Bauers | 1 | ¶ 42 |
| 17 | 5/17/2025 | 8 | Santiago Espinal | 1 | ¶ 37 |
| 18 | 5/28/2025 | 9 | Andy Pages | 1 | ¶ 45 |

At this time, the government does not intend to argue at trial that any specific pitches beyond those in the Pitch List were made in furtherance of the charged schemes. This Pitch List supersedes the list that was previously provided and is being provided to you without any prejudice to the government, which reserves the right to modify it.

Given the Court's order that the government's rebuttal expert be noticed as soon as possible, but no later than two weeks before trial, the government requests that, to the extent you intend to amend or supplement your prior expert disclosures, you do so by no later than October 5,

[1] Twelve of these pitches were included in the Superseding Indictment and the other six pitches were included in the government's preliminary list of pitches under investigation.

2026. If you do not intend to amend or supplement your prior expert disclosures, the government likewise requests that you notify us by October 5, 2026.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
Assistant U.S. Attorneys
(718) 254-7000