**DINSMORE & SHOHL LLP**
191 W. Nationwide Blvd.,
Suite 200
Columbus, OH 43215

Michael Ferrara
(614) 628-6975 (direct)
michael.ferrara@dinsmore.com

September 24, 2026

**Via ECF**

The Honorable Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, NY 11201

Re: *United States v. Clase*, 25-CR-346 (S-1) (KAM)

Dear Judge Matsumoto:

Mr. Clase respectfully submits this letter to seek clarity from the Court regarding his deadline to reply to the government's brief in opposition to Mr. Clase's motion for *Brady* sanctions, ECF No. 223. On September 15, 2026, the Court entered an Order directing Mr. Clase to file a reply on or before September 25, 2026. In a separate Order entered this afternoon, the Court directed Mr. Clase to reply today.

The government filed its response to Mr. Clase's *Brady* motion at 11:09 p.m., *see* ECF No. 251, and Mr. Clase received an unredacted copy from the government at 11:18 p.m. Mr. Clase respectfully requests that the Court clarify that Mr. Clase may file his reply on or before the original deadline set by the Court of September 25, 2026.

Sincerely,

*/s/Michael Ferrara*
Michael Ferrara

***Counsel for Emmauel Clase***

Cc: Counsel of record

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2026, the foregoing document was filed in this matter using the Court's electronic filing system.


/s/ *Michael Ferrara*
Michael Ferrara (*pro hac vice*)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: (614) 628-6975
michael.ferrara@dinsmore.com

***Counsel for Emmanuel Clase***