**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH:EWS/SMS/RMU
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 28, 2026

By ECF & E-mail

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Emmanuel Clase de la Cruz, et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter in response to defendant Ortiz's motion to continue the trial to a date after December 1, 2026, ECF No. 227. For the following reasons, the government opposes the defendant's motion.

Ortiz argues that the trial should be continued because of a newly proposed version of Federal Rule of Evidence 801(d)(1)(A) which may come into effect on December 1, 2026. The proposed Rule will have no effect on the procedure for offering inconsistent statements, whether they are regarded as impeachment or substantive evidence. Specifically, in the event that the Court concludes that any witnesses' statements do qualify as inconsistent with a prior statement, and there is a competent witness who is able to provide relevant and admissible testimony, the only difference from the new Rule will be the presence or absence of an instruction to the jury about the purpose for which the testimony may be considered. In the event that the new proposed Rule has not been rejected by the time of trial, the government will not object to applying the proposed Rule toward any statements that the Court concludes qualify as inconsistent with a prior statement.

Accordingly, there is no reason that the potential new Rule should cause the trial to be continued, and Ortiz's motion should be denied.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (KAM) (by ECF and Hand Delivery)
Counsel of Record (by ECF and E-Mail)