**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FTB:EWS/SMS/RMU
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 30, 2026

By ECF & E-mail

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Emmanuel Clase de la Cruz, et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter on behalf of the parties in accordance with the Court's Second Amended Scheduling Order, ECF No. 166. In the Order, the Court ordered the parties to confer and attempt to resolve any outstanding objections or disputes regarding Items One, Two, Four, Five, Six, and Nine prior to trial to avoid sidebars, delays, and interruptions during trial and to file a joint status update advising the Court of any outstanding disputes or objections by September 30, 2026.

As the Court is aware, pending before the Court are the parties' motions in limine, as well as some of the defendants' pretrial motions. The parties are in the process of meeting and attempting to resolve any disputes regarding the filings required in Item Nine of the Court's Scheduling Order, which must be submitted by October 5, 2026. To the extent additional disputes

arise, the parties will confer in good faith and attempt to resolve those disputes before seeking relief from the Court.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (KAM) (by ECF and Hand Delivery)
Counsel of Record (by ECF and E-Mail)