UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————— X

UNITED STATES OF AMERICA,

- against -

EMMANUEL CLASE DE LA CRUZ,
ROBINSON VASQUEZ GERMOSEN, and
LUIS LEANDRO ORTIZ RIBERA,

Defendants.

——————————————————————— X

**Docket No. 25-CR-346 (S-1) (KAM)**

DEFENDANT ROBINSON VASQUEZ GERMOSEN'S EXHIBIT LIST

Defendant Robinson Vasquez Germosen, by and through undersigned counsel, respectfully advises the Court that the defense does not presently intend to offer any exhibits in its case-in-chief.

Mr. Vasquez respectfully reserves the right to use or offer any appropriate exhibits for impeachment or rebuttal purposes, or as otherwise necessary based upon the evidence presented at trial.

Dated: New York, New York
October 5, 2026

Respectfully submitted,

SPODEK LAW GROUP P.C.

/s/ Todd A. Spodek
Todd A. Spodek
233 Broadway, Suite 710
New York, NY 10279
Tel.: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com

Counsel for Defendant
Robinson Vasquez Germosen

cc: All Counsel of Record (By ECF)