**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS/RMU/JS
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 5, 2026

By ECF & E-mail

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Emmanuel Clase de la Cruz, et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

The government respectfully writes on behalf of the parties to request a four-day extension of the deadline set forth in the Second Amended Criminal Pre-Trial Scheduling Order, from today, October 5, 2026, to Friday, October 9, 2026. See ECF No. 166. Item Nine of the Scheduling Order requires the parties to meet, confer, and submit by today proposed verdict forms, voir dire, jury instructions, stipulations of fact, notices of objections to the authenticity of exhibits, and transcripts. See id. The parties would benefit from an additional four days to continue the meet and confer process in an attempt to limit the outstanding issues for the Court to resolve. Accordingly, the parties jointly request that the deadline be extended by four days to October 9, 2026.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (KAM) (by ECF and Hand Delivery)
Counsel of Record (by ECF and E-Mail)