**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS/RMU/JS
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 9, 2026

By ECF & E-mail

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Emmanuel Clase de la Cruz, et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter on behalf of the parties in accordance with the Court's electronic order, dated October 8, 2026, to advise the Court of the estimated length of trial. The government estimates that its case-in-chief will last approximately fifteen days. The defendants estimate that the defense case(s), if any, would collectively last approximately three days. Given the anticipated length of trial, defendants Ortiz and Clase respectfully request that the Court sit on Fridays. The government does not object to that request but would respectfully ask that the Court adjourn at 3:30 PM on Fridays, as one of the undersigned AUSAs is Sabbath observant. The defendants do not object.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (KAM) (by ECF and Hand Delivery)
Counsel of Record (by ECF and E-Mail)