EWS
F. #2025R00435

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LUIS ARISMENDY PACA MENDEZ,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

25-CR-346 (S-1) (KAM)

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Eric Silverberg, for an order unsealing the superseding indictment in its entirety.

WHEREFORE, it is ordered that the superseding indictment be unsealed in its entirety.

Dated: Brooklyn, New York
October 20, 2026

s/Joseph A. Marutollo
HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK