CORVA
LAW
110 West 40th Street, Suite 1003 · New York, N.Y. 10018 · (646) 974-1143 · www.corvalaw.com

October 29, 2026

By ECF

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Emmanuel Clase de la Cruz, et al.*
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

The parties write in connection with the Court's Order on October 27, 2026 to provide an update on the status of defendant Luis Leandro Ortiz Ribera's petition for a writ of mandamus in the Court of Appeals for the Second Circuit. On October 26, 2026, Mr. Ortiz filed a motion with the circuit court to stay the Court's October 9, 2026 Memorandum & Order (the "M&O"). In his motion, Mr. Ortiz advised the circuit court that a decision on the stay motion was needed by today in light of the Court's Order extending a stay of the M&O until only tomorrow. On October 28, 2026, the government opposed Mr. Ortiz's motion for a stay. Both the motion for a stay and the petition itself remain pending.

Respectfully submitted,

Elizabeth Geddes

Elizabeth Geddes
Corva Law LLP

Christos N. Georgalis
Paul M. Flannery
Flannery | Georgalis, LLC

*Attorneys for Defendant Luis Leandro Ortiz Ribera*

cc: All counsel of record (via ECF)