**Draft Verdict Sheet**
**Court Ex. 1A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X

UNITED STATES OF AMERICA,

- against -

No. 25-cr-346 (KAM)

EMMANUEL CLASE DE LA CRUZ,
LUIS LEANDRO ORTIZ RIBERA,
ROBINSON VASQUEZ GERMOSEN,

*Defendants.*

-----------------------------------X

**COUNT ONE**

(Wire Fraud Conspiracy)

As to Count One, how do you find the defendant EMMANUEL CLASE DE LA CRUZ?

Guilty _________ Not Guilty _________

As to Count One, how do you find the defendant LUIS LEANDRO ORTIZ RIBERA?

Guilty _________ Not Guilty _________

As to Count One, how do you find the defendant ROBINSON VASQUEZ GERMOSEN?

Guilty _________ Not Guilty _________

**COUNT TWO**

(Honest Services Wire Fraud Conspiracy)

As to Count Two, how do you find the defendant EMMANUEL CLASE DE LA CRUZ?

Guilty _________ Not Guilty _________

As to Count Two, how do you find the defendant LUIS LEANDRO ORTIZ RIBERA?

Guilty _________ Not Guilty _________

**Count Three**

(Conspiracy to Influence Sporting Contests By Bribery)

As to Count Three, how do you find the defendant EMMANUEL CLASE DE LA CRUZ?

Guilty _________ Not Guilty _________

As to Count Three, how do you find the defendant LUIS LEANDRO ORTIZ RIBERA?

Guilty _________ Not Guilty _________

DRAFT

## Count Four

(<u>Money Laundering Conspiracy</u>)

As to Count Four, how do you find the defendant EMMANUEL CLASE DE LA CRUZ?

Guilty __________ Not Guilty __________

As to Count Four, how do you find the defendant LUIS LEANDRO ORTIZ RIBERA?

Guilty __________ Not Guilty __________

Signature of Foreperson:

Date:

DRAFT