# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| - against - | : | 21-cr-371 (BMC) |
| AL MALIK ALSHAHHI, *et al.*, | : | |
| Defendants. | : | |

**COURT'S AMENDED PROPOSED JURY CHARGE**

## TABLE OF CONTENTS

**PART I: GENERAL RULES.......... 6**

I. Parties to the Judicial Process and Juror Duties.......... 6
- A. Juror Attentiveness.......... 6
- B. Role of the Court.......... 6
- C. Jury to Disregard the Court's View.......... 6
- D. Role of the Jury.......... 6
- E. Juror Oath.......... 7
- F. All Persons Equal Under the Law.......... 7
- G. Improper Considerations.......... 7

II. Burden of Proof and Presumption of Innocence.......... 8
- A. Burden of Proof.......... 8
- B. Presumption of Innocence.......... 8
- C. A Defendant's Right Not to Testify.......... 8
- D. Testimony of a Defendant.......... 9
- E. Reasonable Doubt.......... 9
- F. Consider Only Crimes Charged.......... 10
- G. Number of Witnesses and Uncontradicted Testimony.......... 10

III. Evidence.......... 10
- A. Types of Evidence.......... 10
- B. Direct and Circumstantial Evidence.......... 11
- C. Inferences.......... 12
- D. Summaries.......... 13
- E. Translations.......... 13
- F. Law Enforcement Techniques.......... 14
- G. Evidence or Witnesses Not Presented but Equally Available.......... 14
- H. Other Persons Not on Trial.......... 15

IV. Witnesses.......... 16
- A. Witness Credibility.......... 16
- B. Discrepancies in Testimony and Prior Inconsistent Statements.......... 17
- C. Limiting Instructions.......... 18
- D. Expert Witnesses.......... 18
- E. Law Enforcement Witnesses.......... 19
- F. Character Evidence.......... 19

**PART II: SUBSTANTIVE INSTRUCTIONS ... 20**
I. The Indictment ... 20
II. Count I: Violation of Section 951 ... 21
A. First Element: Acting as an Agent of a Foreign Government ... 22
B. Second Element: Failure to Notify the Attorney General ... 24
C. Third Element: Defendant Acts as an Agent in the United States ... 25
D. Fourth Element: Defendant Acted Knowingly and Intentionally ... 25
E. Other Theories of Liability ... 26
a. Aiding and Abetting Liability ... 27
b. Co-Conspirator Liability ... 29
III. Count II: Conspiracy to Violate Section 951 ... 30
A. First Element: Existence of a Conspiracy ... 31
B. Second Element: Membership in the Conspiracy ... 33
C. Third Element: Overt Act ... 34
D. Unanimity of Theory as to Counts One and Two ... 38
IV. Legal Commercial Transaction Exception ... 38
A. Foreign Agent Registration Act ... 40
B. Foreign Agent Registration Act Exemptions and Exceptions ... 42
a. Private and Nonpolitical Activities Exemption ... 42
b. Employee Exemption ... 43
C. Clarifying Instruction ... 44
V. Count III: Obstruction of Justice ... 44
A. First Element: Obstructing an Official Proceeding ... 45
B. Second Element: Defendant Acted Corruptly ... 45
VI. Counts IV through IX: Materially False Statements ... 46
A. First Element: Defendant Made a Statement or Representation ... 49
B. Second Element: Materiality ... 50
C. Third Element: False, Fictitious, or Fraudulent Statement ... 50
D. Fourth Element: Knowing and Willful Conduct ... 51
E. Fifth Element: Matter Within the Jurisdiction of the US Government ... 51
F. False Statements: Multiple Counts ... 52
VII. Venue ... 52
VIII. Defendants' Theory of the Case ... 54
**PART III: GENERAL REMARKS ABOUT DELIBERATIONS ... 56**

I. Selecting a Foreperson and Communications with the Court ........ 56
II. Publicity ........ 56
III. Contact with Others ........ 56
IV. Right to See Exhibits and Hear Testimony ........ 57
V. Duty to Consult and Need for Unanimity ........ 57
VI. Reaching a Verdict ........ 58
VII. Final Comments ........ 58

Members of the jury, now that the evidence has been presented, it is my responsibility to instruct you on the law. You will have a copy of these instructions in the jury room with you, so you do not need to take notes, but you can if you would like. My instructions will be in three parts:

**FIRST**: I will instruct you on the general rules that define and govern the duties of a jury in a criminal case.

**SECOND**: I will instruct you as to the legal elements of the crimes charged in the Indictment.

**THIRD**: I will give you some important principles to use during your deliberations.

## PART I: GENERAL RULES

### I. Parties to the Judicial Process and Juror Duties

***A. Juror Attentiveness***

It is obvious that you have faithfully discharged your duty to listen carefully and observe each witness who testified during trial.

Please continue to give me that same careful attention now.

***B. Role of the Court***

It is my duty to instruct you on the law. You must accept my instructions and apply them to the facts as you determine them.

It would violate your sworn duty to base a verdict on any other view of the law than the one I will give to you. This means you must follow my instructions regardless of any opinion that you may have as to what the law might or should be, and regardless of whether any attorney has stated a legal principle differently from how I might state it now.

You must also consider these instructions as a whole during your deliberations and may not single out any instruction as alone stating the law.

***C. Jury to Disregard the Court's View***

As I mentioned at the outset of this case, I have no opinion on the verdict you should reach. If I made an expression, question, or ruling that seemed to indicate that I do have an opinion about this case, I instruct you to disregard it.

You also should not concern yourselves with the content of any discussion that I had with counsel at sidebar.

***D. Role of the Jury***

You are the sole and exclusive judges of the facts. It is your duty to determine the weight of the evidence and the credibility of the witnesses, and you resolve any conflicts that there may

be in the testimony. You draw whatever reasonable inferences you decide from the facts as you have determined them.

***E. Juror Oath***

In carrying out this duty, remember that you took an oath to render judgment fairly and impartially, without prejudice or sympathy, and without any fear. You took an oath to base your verdict solely on the evidence in the case and the applicable law as I give it to you.

***F. All Persons Equal Under the Law***

You must also remember that all parties are here equally before you today. The fact that the Government is a party and the prosecution is brought in the name of the United States does not entitle the Government or its witnesses to any different consideration than a defendant.

***G. Improper Considerations***

You must not be swayed by sympathy for any of the parties, or what the reaction of the parties or the public to your verdict may be. This means that if you have a reasonable doubt as to a defendant's guilt, you should not hesitate to acquit him. But if you find that the Government has met its burden of proving a defendant's guilt beyond a reasonable doubt, you should not hesitate because of sympathy or any other reason to find him guilty.

You must not be influenced by any feelings you might have about the nature of the crimes charged, or by any feelings you might have about the race, religion, political affiliation or viewpoint, national origin, gender, or age of the parties or anyone participating in the trial.

You must not bear any prejudice against any attorney or their client because the attorney made an objection, asked for a sidebar out of your hearing, or asked me for a ruling on the law. If you formed opinions or reactions of any kind to the lawyers in this case, I instruct you to disregard them. The personalities and conduct of counsel are not in issue here.

You also must not consider the question of a defendant's possible punishment. The duty of imposing a sentence rests exclusively with the Court and you cannot allow that consideration to enter your deliberations at any point.

You are to be guided solely by the evidence and the question of whether the Government has proven a defendant's guilt beyond a reasonable doubt.

## II. Burden of Proof and Presumption of Innocence

### *A. Burden of Proof*

The defendants have pled "not guilty" to the Indictment, and as a result, the burden is on the Government to prove each of the defendants' guilt beyond a reasonable doubt. This burden of proving each of the defendants' guilt beyond a reasonable doubt never shifts to a defendant because the law does not impose on a criminal defendant any duty to call or cross-examine witnesses or produce any evidence at all.

### *B. Presumption of Innocence*

The law presumes that each of the defendants is innocent of the charges against him. This presumption of innocence alone is sufficient to acquit the defendants. The presumption was with the defendants when the trial began, it remains with them now, and it will continue into your deliberations.

I therefore instruct you that you must presume each defendant innocent throughout your deliberations unless and until you as a jury are satisfied that the Government has met its burden to prove a defendant's guilt beyond a reasonable doubt.

### *C. A Defendant's Right Not to Testify*

Because it is the Government's burden to prove his guilt beyond a reasonable doubt, a defendant has no obligation to testify during trial. I remind you that a criminal defendant is

never required to prove that he is innocent. You may not attach any significance to the fact that a defendant did not testify; nor may you draw any adverse inference against a defendant because he did not take the witness stand.

***D. Testimony of a Defendant***

As I have mentioned, in a criminal case, a defendant has the right to elect not to testify. However, if a defendant chooses to testify, he is, of course, permitted to take the witness stand on his own behalf. In this case, the defendant Mr. Barrack decided to testify. You should examine and evaluate his testimony just as you would the testimony of any witness.

***E. Reasonable Doubt***

So, what is a reasonable doubt? The words almost define themselves: it is a doubt based on reason and common sense. It is a doubt that a reasonable person has after carefully weighing all the evidence. It is a doubt that would cause a reasonable person to hesitate to act in a matter of importance in their own personal life. Proof beyond a reasonable doubt must be of such a convincing character that a reasonable person would not hesitate to rely upon it in making an important decision.

A reasonable doubt, therefore, is not an impulse or whim; it is not a speculation or suspicion; it is not an excuse to avoid the performance of an unpleasant duty; and it is not sympathy for any party. Proof beyond a reasonable doubt is proof that leaves you firmly convinced of the defendant's guilt.

The Government does not need to prove guilt beyond all possible doubt: proof beyond a reasonable doubt is sufficient to convict. So, if after fair and impartial consideration of the evidence, you are satisfied beyond a reasonable doubt of a defendant's guilt with respect to a charge against him, you should find him guilty of that charge. But if after your consideration of

the evidence you have a reasonable doubt as to a defendant's guilt with respect to a charge, you must find him not guilty of that charge.

### *F. Consider Only Crimes Charged*

The defendants are not on trial for any act, conduct or offense not alleged in the Indictment. Neither are you called upon to return a verdict as to the guilt of any other person or persons not on trial as a defendant in this case, except as you are otherwise instructed.

### *G. Number of Witnesses and Uncontradicted Testimony*

The fact that one party called more witnesses and introduced more evidence than the other does not mean that you should necessarily find the facts in favor of the side offering the most witnesses or evidence. By the same token, you do not have to accept the testimony of any witness who has not been contradicted or impeached, if you find the witness not to be credible.

You also have to decide which witnesses to believe and which facts are true. To do this you must look at all the evidence, drawing upon your own common sense and personal experience.

In a moment, I will discuss the criteria for evaluating evidence and witness credibility; but for the moment, you should keep in mind that the burden of proof is always on the Government, and a defendant is not required to call any witnesses or offer any evidence, since he is presumed to be innocent.

## III. Evidence

### *A. Types of Evidence*

In determining the facts, it is your own recollection of the evidence that controls. You should consider the evidence in light of your own common sense and experience, and you may draw reasonable inferences from the evidence.

The evidence in this case consists of the sworn testimony of the witnesses, the exhibits received in evidence, and stipulations. Let me explain these to you in a little more detail.

A stipulation is an agreement among the parties that a certain fact is true. You should regard such agreed facts as true.

You may only consider the exhibits which I have received into evidence. You may not consider exhibits which have been marked for identification but not received into evidence.

You must also disregard any testimony which I have ordered stricken.

As I indicated before, only the witnesses' answers are evidence. You are not to consider a lawyer's question as evidence. You must also remember that the lawyers' statements are not evidence. Similarly, the lawyers' objections are not evidence. Testimony and exhibits can only be admitted into evidence if they meet certain legal criteria, so it is the lawyers' duty to object when they believe evidence is not admissible. You should not be influenced against a party because their lawyer made an objection. Do not attempt to interpret my rulings on objections as somehow indicating how I think you should decide this case. I am simply ruling on a legal question regarding that testimony or exhibit.

Anything you may have seen or heard about this case outside the courtroom is not evidence and must be entirely disregarded.

***B. Direct and Circumstantial Evidence***

You may consider both direct and circumstantial evidence in deciding whether the Government has met its burden of proof. Direct evidence is evidence that proves a disputed fact directly, such as when a witness testifies about what he saw, heard, or observed. Circumstantial evidence is evidence that tends to prove a disputed fact by proof of other facts. The law makes

no distinction between direct and circumstantial evidence, and you may give either or both whatever weight you conclude is warranted.

There is an example we use in this courthouse to explain the difference between direct and circumstantial evidence. Suppose when you arrived this morning the sun was shining, and it was a nice day. But as you sit here now, you do not know whether it is raining. You cannot see outside so you have no direct evidence of whether it is raining. But if someone walks in with a dripping wet raincoat and an umbrella, it would be reasonable and logical for you to conclude that it began to rain. Similarly, if several people come in without wet raincoats or umbrellas, you could reasonably conclude that it was not raining.

That is all there is to circumstantial evidence. You infer on the basis of reason, experience, and common sense from an established fact or the lack of an established fact the existence or nonexistence of some other fact.

### *C. Inferences*

An inference is not a suspicion or a guess. It is a reasoned, logical decision to conclude that a fact exists on the basis of another fact that you know exists. It is a deduction or conclusion that you are permitted – but not required – to draw from the facts that have been proved by direct or circumstantial evidence.

The lawyers have argued that you should or should not make different inferences based on the evidence presented during trial. Remember that it is for you, and you alone, to decide which inferences you will or will not draw.

I will remind you, however, that whether based on direct or circumstantial evidence, or upon the logical, reasonable inferences that you draw from such evidence, you must be satisfied

that the Government has proved a defendant's guilt beyond a reasonable doubt before you may vote to convict.

***D. Summaries***

Some exhibits have been presented in the form of summaries. I admitted these summaries in place of the underlying documents that they represent in order to save time and avoid unnecessary inconvenience. You should consider these summaries as you would any other evidence.

Other summaries were shown to you in order to make the other evidence more meaningful and to aid you in considering the evidence. They are no better than the testimony or the documents upon which they are based and are not themselves independent evidence. Therefore, you are to give no greater consideration to these summaries than you would give to the evidence upon which they are based. You are entitled to consider the summaries if you find that they are of assistance to you in analyzing and understanding the evidence. It is for you to decide whether the summaries correctly present the information contained in the testimony and in the exhibits on which they were based.

***E. Translations***

During the trial, you have been shown documents that were partially or entirely written in a foreign language, and you were provided with English translations of those documents or portions of documents. The translations of those portions of the documents and recordings embody the testimony of interpreters. Because of that, those portions of the material reflecting the foreign language-to-English translation have also been admitted into evidence.

To the extent some of you may know the foreign language, it is important for all jurors to consider the same evidence. For this reason, you must base your decision on the evidence

presented in the English translation. These translations are evidence, not just guides, and I instruct you to consider them just like any other evidence in this case.

***F. Law Enforcement Techniques***

You have seen evidence obtained through court-authorized search warrants. This evidence was obtained lawfully, and the Government has the right to use it in this case.

The Government bears the burden of proof, and a reasonable doubt can arise from lack of evidence. You should decide this case based only on the evidence that is introduced at trial. At the end of the trial, you will decide whether the evidence introduced by the Government is sufficient to prove the defendants' guilt beyond a reasonable doubt. You should not speculate that any evidence exists that is not introduced at trial.

But I instruct you that the law does not require that any particular investigative techniques be used by law enforcement authorities to uncover or prosecute crime. Law enforcement techniques are not your concern. Your concern is to determine whether or not, based upon all the evidence presented in the case, the Government has proven the defendants' guilty beyond a reasonable doubt.

***G. Evidence or Witnesses Not Presented but Equally Available***

The law does not require any party to present all available evidence or call as witnesses everyone who was present at any time or place, or who might have knowledge of the matters at issue. The law also does not require any party to produce as exhibits all papers and objects mentioned during trial. But each party had an equal opportunity or lack of opportunity to call witnesses and introduce evidence that would support their case or diminish their adversary's case.

I am instructing you that whether either party has met its discovery obligations is a question for the Court and not the jury. You are not allowed to consider this during your deliberations. The Court has made no determination that either party has failed to meet its discovery obligations.

Your concern is to determine – based upon the evidence that has been presented – whether the Government has met its burden to prove that the defendants are guilty beyond a reasonable doubt. You should not speculate about the existence of evidence that has not been presented in this case. That being said, you must always remember that the law does not impose on a criminal defendant the burden or duty of calling any witnesses or producing any evidence.

***H. Other Persons Not on Trial***

You may not draw any inference towards any party from the fact that other people who might have been involved in the offenses charged in the Indictment are not on trial before you. You may not speculate as to the reason why or allow their absence as parties to influence your deliberations in any way. Your concern is solely the defendants on trial before you. The fact that these other individuals are not on trial before you is not your concern.

You are being asked to decide whether or not the Government has proven beyond a reasonable doubt the guilt of each defendant. You are not being asked whether any other person has been proven guilty. Your verdict should be based solely upon the evidence or lack of evidence as to each defendant, in accordance with my instructions and without regard to whether the guilt of other people has or has not been proven.

## IV. Witnesses

### *A. Witness Credibility*

It is also your duty as jurors to determine the credibility of the witnesses and the importance of their testimony. You must decide where the truth lies, which will require you to judge the testimony you listened to and observed. You should carefully scrutinize the testimony, the circumstances under which each witness testified, and any other matter in evidence that may help you decide the truth of and the weight to assign their testimony.

Your decision whether to believe a witness may depend on how the witness impressed you. Was the witness candid and frank? Or did it seem as if the witness was hiding something, being evasive, or suspect in some way? How did the testimony on direct examination compare with cross-examination? Was the witness's testimony consistent or inconsistent? Did it appear that the witness knew what the witness was talking about? Did the witness strike you as someone who was trying to report their knowledge accurately?

How much you choose to believe a witness may also be influenced by their bias. Does the witness have a relationship with the Government or a defendant that may affect how the witness testified? Does the witness have some incentive, loyalty, or motive that might cause the witness to shade the truth? Or does the witness have some bias, prejudice, or hostility that may have caused the witness, consciously or not, to give you something other than a completely accurate account of the facts? Evidence that a witness may be biased towards one of the parties requires you to view that witness's testimony with caution, to weigh it with great care, and to subject it to close scrutiny.

In other words, what you must try to do in deciding credibility is to size up a person just as you would in any important matter when you are trying to decide if a person is truthful, straightforward, and accurate in their recollection.

How much you believe a witness may also be influenced by any interest that the witness may have in the outcome of the case. That interest may create a motive to testify falsely to advance that witness's own personal or professional interests. This is not to suggest that every witness who has an interest in the outcome of the case will testify falsely. It is for you to decide to what extent, if at all, a witness's interest has affected or colored their testimony.

Evidence that a witness is biased, prejudiced, or hostile toward a defendant or the Government requires you to view that witness's testimony with caution, to weigh it with care, and subject it to close and searching scrutiny.

Even if you think a witness was not biased, you should still consider whether the witness had an opportunity to observe the facts testified about, as well as the witness's demeanor and ability to communicate effectively. Ask yourselves whether a witness's recollection of the facts stands up in light of the rest of the evidence. You should be guided by your common sense, your good judgment, and your experience.

### *B. Discrepancies in Testimony and Prior Inconsistent Statements*

You have heard evidence of what counsel has argued are discrepancies between a witness's testimony and that of others. You have also heard evidence that a witness has made a statement on an earlier occasion that counsel argues is inconsistent with their trial testimony. And counsel has urged you to reject some or all of that testimony based on these discrepancies or inconsistencies.

If you find that the testimony did include discrepancies or inconsistencies, that may be a basis to disbelieve the witness's testimony. But discrepancies and inconsistencies do not necessarily require you to discredit a witness entirely. Two witnesses may see or hear something differently, and innocent mis-recollection, like failure of recollection, is not uncommon. People sometimes forget things, and even truthful witnesses may be nervous and contradict themselves.

It is your job to determine the weight, if any, to assign to all or part of the testimony of a witness who has been impeached by discrepancies or prior inconsistent statements. You should also consider whether the discrepancy or inconsistency pertains to a matter of importance or unimportance, and whether it results from innocent error or intentional falsehood.

It is for you to decide, based on your total impression of each of the witnesses, how to weigh the discrepancies or inconsistencies in their testimony. You should, as always, use common sense and your own good judgment.

***C. Limiting Instructions***

During the trial, I admitted particular items of evidence for a limited purpose, and I instructed you on the purposes for which that particular evidence can and cannot be considered. I remind you that evidence admitted for a limited purpose can be considered by you only for that particular purpose and not for any other purpose.

***D. Expert Witnesses***

You heard witnesses testify as to their opinions about matters on which they had special knowledge, skill, experience, or training. I permitted those witnesses to express their opinions about matters that are in issue in this case because someone who is experienced and knowledgeable in the field can assist you in understanding the evidence or in reaching an

independent decision on the facts. But you should not substitute this opinion testimony for your own reason, judgment, and common sense.

In weighing this opinion testimony, you may consider the witness's qualifications, the witness's opinions, the reasons for testifying, as well as all the other considerations that ordinarily apply when you are deciding whether or not to believe a witness's testimony and what weight, if any, you find the testimony deserves. You should not accept opinion testimony just because I allowed the witness to testify concerning their opinion. The determination of the facts in this case rests solely with you.

***E. Law Enforcement Witnesses***

You heard testimony from law enforcement witnesses. The fact that a witness is a member of law enforcement does not mean that their testimony is entitled to any greater or lesser weight. You should consider law enforcement testimony just like any other evidence in the case and evaluate its credibility like you would for any other witness.

***F. Character Evidence***

You have heard from a witness who has given her opinion about one of the defendant's good character. You should consider this character evidence together with all the other facts and all the other evidence in the case in determining whether the defendant is guilty or not guilty of the charges. If after considering all the evidence including testimony about the defendant's good character, you find a reasonable doubt has been created, you must acquit him of all the charges.

On the other hand, if after considering all the evidence including that of defendant's character, you are satisfied beyond a reasonable doubt that the defendant is guilty, you should find him guilty even if you believe him to be a person of good character.

## PART II: SUBSTANTIVE INSTRUCTIONS

I will now give you the second part of my instructions, which will involve the legal elements of the crimes charged in this case.

### I. The Indictment

The defendants are charged in an Indictment. As I instructed you at the beginning of this case, an "indictment" is simply a formal way of providing notice to the defendants as to the crimes they are accused of committing. At times I will be quoting from the Indictment in these instructions, but the Indictment is not evidence of any kind and it is entitled to no weight in your determination of the facts.

The Indictment in this case contains nine separate counts. I will go over them in detail but let me summarize them now. Note that at this point, I am merely summarizing the Government's allegations. The defendants have pleaded not guilty to these charges.

Count One charges the defendants with acting as agents of a foreign government without prior notification to the Attorney General of the United States.

Count Two charges the defendants with conspiracy to act as agents of a foreign government without prior notification to the Attorney General of the United States.

Count Three charges the defendant Thomas Joseph Barrack with obstruction of justice.

Counts Four through Nine charges Mr. Barrack with making materially false statements.

You must consider each count separately, and you must return a verdict based only upon the evidence as it relates to that specific count. Whether you find a defendant guilty or not guilty as to one offense should not affect your verdict as to any other counts. You have to consider each count separately and return a separate verdict of guilty or not guilty on each count and as to each defendant. You must give separate consideration to the evidence as to each defendant.

There are two other points I want to make about the Indictment. In alleging dates, the Indictment frequently charges "in or about," "on or about," or "between" certain dates. The proof need not establish with certainty the exact date of an alleged offense. It is sufficient if the evidence establishes beyond a reasonable doubt that an offense was committed on a date reasonably near the date alleged.

You will also see that the Indictment uses the word "and" where my instructions will use the word "or." This is a result of how the Government formalizes its charges, and it is not a statement of the law. Where my instructions use the word "or," that "or" is controlling over any other contradictory phrasing in the Indictment.

## II. Count I: Violation of Section 951

Count One charges each defendant with acting as agents of the United Arab Emirates without prior notification to the Attorney General of the United States in violation of Section 951 of Title 18 of the U.S. Code. The relevant language of the statute provides that:

> Whoever, other than a diplomatic or consular officer or attaché, acts in the United States as an agent of a foreign government without prior notification to the Attorney General . . . shall be [guilty of a crime].

The Indictment reads as follows with regard to Count One:

> In or about and between April 2016 and April 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants THOMAS JOSEPH BARRACK and MATTHEW GRIMES, together with others, did knowingly and intentionally act in the United States as agents of a foreign government, to wit: the United Arab Emirates, without prior notification to the Attorney General of the United States, as required by law.

To prove a violation of the crime charged in Count One, the Government must establish each of the following elements beyond a reasonable doubt:

<u>First</u>, the defendant acted as an agent of a foreign government, meaning that he agreed to operate subject to the foreign government's direction or control;

Second, the defendant failed to notify the Attorney General that he would be acting as an agent of a foreign government prior to so acting;

Third, the defendant acted as an agent for a foreign government within the territory of the United States, during the time period alleged in the Indictment; and

Fourth, the defendant acted knowingly and intentionally.

If you, the jury, find from the evidence in the case that the government has proved each of the foregoing elements as charged in the Indictment, then proof of the crime charged is complete and you may find the defendant guilty. If, on the other hand, you have a reasonable doubt after careful consideration of all of the evidence as to any of the four elements, then it is your duty to acquit.

I will now walk through the elements of Count One in greater detail.

### *A. First Element: Acting as an Agent of a Foreign Government*

The first element that the government must prove beyond a reasonable doubt to establish a Section 951 offense is that the defendant acted as an "agent of a foreign government", which the statute defines as an individual, other than a diplomatic or consular officer or attaché, "who agrees to operate within the United States subject to the direction or control of a foreign government or official."

There are a few terms in this statute that I want to focus on. The first is "foreign government". "Foreign government" includes any person or group of persons exercising sovereign political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group or agency to which such sovereign authority or functions are directly or indirectly delegated.

The next term is "agrees." To find an agreement within the meaning of Section 951, you must find that the defendant and the foreign government or official mutually assented to the arrangement. A person must do more than act in parallel with a foreign government's interests or independently pursue a mutual goal. It is not enough for the defendant to privately feel an allegiance to the foreign country. And – standing alone – it is not enough for the defendant to be merely willing to do something the foreign government requests. Nor is it enough for the defendant to want to be an agent of the foreign government or official, or that the foreign government or official wants an individual to be its agent. Rather, they must *both* agree to their arrangement.

What sort of arrangement must they have mutually agreed to? The agreement must be one in which the defendant agrees to operate "subject to the direction or control of a foreign government or official." Use your common understanding of "direction or control" to make this determination. I instruct you, however, that a defendant does not need to be under any legal duty to comply with the foreign government's directives for you to find that a defendant agreed to act subject to the direction or control of a foreign government or official.

Such an agreement may be proven by circumstantial evidence, a concept I have explained to you before. This means that you may look to the defendant's actions or inaction in determining whether an agreement exists.

The agency relationship between a defendant and a foreign government or official may be established either by direct contact between the agent and the foreign government, or through an intermediary or intermediaries. An agreement to act as an agent of a foreign government need not be written or formalized, nor must payment or other compensation be received. The law also

does not require that an agent be effective or successful, or that he act of any particular motive. The actions taken on behalf of a foreign government do not have to be done in secret.

You do not need to find that a defendant was an agent during the entire time period specified in the Indictment. If all jurors agree that the Government has proven beyond a reasonable doubt that a defendant acted as an agent of the United Arab Emirates at a time within that period, and the Government has proven beyond a reasonable doubt all other elements of the offense as set forth in these instructions, then you must find that defendant guilty of Count One.

***B. Second Element: Failure to Notify the Attorney General***

The second element that the Government must prove beyond a reasonable doubt to establish a Section 951 offense is that the defendant failed to notify the Attorney General of the United States that he would be acting in the United States as an agent of the foreign government before doing so.

Notification is required to be made by the agent in the form of a letter, faxed message, or telex addressed to the Attorney General, prior to commencing the services in the United States on behalf of the foreign government. The notification must include the name or names of the agents, the address or addresses of the agents, the identity of the foreign government or foreign official for whom the agent is acting, a brief description of the activities to be conducted for the foreign government or foreign official, and the anticipated duration of the activities.

Proof of registration under another statute, the Foreign Agents Registration Act (also called "FARA") would also satisfy the notification requirement under Section 951. Notification to any other United States government official is not sufficient to satisfy the notification requirement; notification must be to the Attorney General. I will talk to you more about FARA in a few minutes.

### *C. <u>Third Element</u>: Defendant Acts as an Agent in the United States*

The third element that the Government must prove beyond a reasonable doubt to establish a Section 951 offense is that the defendant acted as an agent for a foreign government within the territorial boundaries of the United States during the time period alleged in the Indictment. If the defendant acted subject to a foreign government official's direction or control only abroad – that is, outside the territorial boundaries of the United States – then he has not violated Section 951.

### *D. <u>Fourth Element</u>: Defendant Acted Knowingly and Intentionally*

The fourth element that the Government must prove beyond a reasonable doubt to establish a Section 951 offense is that the defendant acted as a foreign agent knowingly and intentionally.

A person acts "knowingly" when he acts intentionally and voluntarily, and not because of ignorance, mistake, accident, or carelessness. Whether a defendant acted knowingly may be proven by his conduct and by all the facts and circumstances surrounding the case. In the context of Section 951, a defendant acts knowingly if he knows that he did not provide notice, and that he was acting as an agent, as defined by the statute.

A person acts "intentionally" when he acts deliberately and purposefully. The defendant's acts must have been the product of his conscious objective rather than the product of a mistake or accident. To establish that a defendant acted intentionally, the Government is not required to prove that a defendant was aware of a law that forbid his conduct. In the context of Section 951, a defendant acts intentionally if he deliberately and purposefully acted as an agent without providing notice, as defined by the statute. It is not necessary for the Government to

prove that a defendant knew that there was a law that required him to provide notification to the Attorney General.

The issues of knowledge and intent require you to make a determination about a defendant's state of mind, something that can rarely be proved through direct evidence. It would be a rare case where it could be shown that a person wrote or stated that at a given time in the past, he committed an act with a certain state of mind. Such direct proof is not required. The ultimate fact of a defendant's statement of mind, though subjective, may instead be established by circumstantial evidence. Circumstantial evidence may include a person's outward manifestations, his words, his conduct, his acts and all the surrounding circumstances disclosed by the evidence and rational or logical inferences that may be drawn from that. Circumstantial evidence, if believed, is of no less value than direct evidence.

***E. Other Theories of Liability***

Each defendant is charged in Count One with being principals who committed the alleged crime, which is also called direct liability. Mr. Barrack is also charged in Count One with two other theories of liability: aiding-and-abetting liability and co-conspirator liability.

Mr. Grimes is charged in Count One on the alternative theory of co-conspirator liability. Mr. Grimes is not charged with aiding and abetting liability.

This means that even if you find that the Government has not proven beyond a reasonable doubt that a defendant acted as an agent of a foreign government in the United States without notifying the Attorney General, you should also consider whether the Government has met its burden of proving a defendant's guilt by considering these other theories.

### *a. Aiding and Abetting Liability*

The Government may establish Mr. Barrack's guilt on Count One by proving beyond a reasonable doubt that he is liable under an aiding and abetting theory of liability. The aiding and abetting statute, Section 2(a) of Title 18 of the U.S. Code provides: "Whoever commits an offense against the United States or aids or abets or counsels, commands or induces, or procures its commission, is punishable as a principal."

To find the defendant guilty of aiding and abetting, the Government does not need to show that the defendant himself committed the crime, because a person who aids and abets another to commit an offense is just as guilty of that offense as if he committed it himself. You may find the defendant guilty of the offense charged if you find beyond a reasonable doubt that the Government has proven that another person committed the offense and that the defendant aided or abetted that person in the commission of the offense.

Before you can convict the defendant on the ground that he aided and abetted the commission of a crime, you must first find that another person committed that crime. No one can be convicted of aiding and abetting the criminal acts of another if no crime was committed by the other person in the first place. But if you do find that a crime was committed, then you must determine whether the defendant aided or abetted the commission of that crime.

To aid or abet another to commit a crime, the defendant must do two things.

First, he must knowingly and intentionally associate himself in some way with the crime.

Second, he must knowingly and intentionally participate in the crime by doing some act with an intent to make the crime succeed.

I have instructed you on what it means to act "knowingly" and "intentionally." Please apply my instructions on those terms here.

To establish that the defendant knowingly and intentionally associated himself with the crime, the Government must establish that the defendant knew and intended that the crime charged in these counts would be committed.

To establish that the defendant participated in the commission of the crime, the Government must prove that the defendant engaged in some affirmative conduct or overt act for the specific purpose of bringing about the crime. The defendant's mere presence where a crime is being committed, even coupled with the defendant's knowledge that a crime is being committed, is not sufficient to establish aiding and abetting. Neither is merely associating with others who were committing a crime, or inadvertently doing something that aids in the commission of that crime without any knowledge that a crime is being committed or is about to be committed. An aider and abettor must know that a crime is being committed and must act in a way that is intended to bring about the success of the criminal venture.

To determine whether a defendant aided or abetted the commission of a crime with which he is charged, ask yourself these questions:

Did some person other than the defendant actually commit the crime charged?

Did the defendant knowingly and intentionally associate himself with the criminal venture?

Did the defendant knowingly and intentionally participate in the crime charged as something he wished to bring about?

If he did, then the defendant is an aider and abettor, and therefore guilty of the offense. But if your answer to any one of these questions is "no," then the defendant is not an aider and abettor, and you must find him not guilty.

***b. <u>Co-Conspirator Liability</u>***

The Government may establish Mr. Barrack's or Mr. Grimes's guilt on Count One by proving beyond a reasonable doubt that the defendant is liable under a co-conspirator theory of liability.

If you find beyond a reasonable doubt that a defendant was a member of the conspiracy charged in Count Two of the Indictment, and thus guilty on the conspiracy count – as to which I will instruct you shortly – then you may, but you are not required to, find that defendant guilty of the substantive crime charged against him in Count One. To do so, however, you must first find beyond a reasonable doubt each of the following elements as to the count you are considering:

<u>First</u>, that the crime charged in the substantive count was committed;

<u>Second</u>, that the person or persons you find actually committed the crime were members of the conspiracy you found to have existed in Count Two;

<u>Third</u>, that the substantive crime was committed pursuant to the common plan and understanding you found to exist among the conspirators;

<u>Fourth</u>, that the defendant was a member of that conspiracy at the time the substantive crime was committed; and

<u>Fifth</u>, that the defendant could have reasonably foreseen that the substantive crime might be committed by his co-conspirators.

If you find all five of these elements to exist beyond a reasonable doubt, then you may find a defendant guilty of Count One, even though he did not personally participate in the acts constituting the crime or did not have actual knowledge of it.

The reason for this rule is that a co-conspirator who commits a substantive crime pursuant to a conspiracy is deemed to be the agent of the other conspirators. Therefore, all of the

co-conspirators must bear criminal responsibility for the commission of the substantive crime committed pursuant to that conspiracy.

If, however, you are not satisfied as to the existence of any of these five elements, then you may not find that defendant guilty of Count One, unless the Government proves beyond a reasonable doubt that the defendant personally committed the substantive crime in Count One or aided and abetted the commission of the substantive crime charged in Count One.

## III. Count II: Conspiracy to Violate Section 951

Count Two involves the crime of conspiracy. A conspiracy is an agreement by two or more persons to accomplish some unlawful objective. It is sometimes referred to as a criminal partnership. The crime of conspiracy is separate from the crime the alleged conspirators agreed to commit, which the law refers to as a "substantive crime." A conspiracy is in and of itself a crime, even if it fails to achieve its unlawful purpose. You may find a defendant guilty of the crime of conspiracy even though the substantive crime that was the object of the conspiracy was not actually committed.

The relevant statute is 18 U.S.C. § 371, provides, in relevant part: "If two or more persons conspire . . . to commit any offense against the United States . . . and one or more of such persons do any act to effect the object of the conspiracy, each shall be" punished.

The Indictment alleges in Count Two that each defendant conspired to act as agents of the United Arab Emirates without prior notification to the Attorney General in violation of Title 18, United States Code, Section 371.

Specifically, the Indictment reads as follows:

> On or about and between April 2016 and April 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants THOMAS JOSEPH BARRACK and MATTHEW GRIMES, together with others, did knowingly and intentionally conspire to act in the United States as agents of a foreign government, to wit: the United Arab Emirates, without prior notification to the Attorney General of the United States as required by law, contrary to Title 18, United States Code, Section 951(a).

I previously instructed you on the law pertaining to acting as an illegal agent of a foreign government in relation to Count One, and you should apply those instructions here.

In order to prove the crime of conspiracy charged in Count Two, the Government must establish the following elements beyond a reasonable doubt:

First, that two or more persons entered into an agreement to commit a crime;

Second, that a defendant knowingly and intentionally became a member of that conspiracy knowing its purpose and with the intent to further the illegal purpose; and

Third, that an overt act was committed in furtherance of the conspiracy; that is, someone within the conspiracy knowingly and intentionally took some action that advanced the goals of the conspiracy.

If you find that the Government has proven each of these elements beyond a reasonable doubt, then you must find that defendant guilty of Count Two. On the other hand, if you find that the Government has not proven one or more of these elements, then you must find that defendant not guilty.

I will discuss these elements in more detail.

### *A. First Element: Existence of a Conspiracy*

The first element that the Government must prove is that a conspiracy existed. In the context of this case, that means the Government must prove beyond a reasonable doubt that an

agreement among co-conspirators existed to violate Section 951 by acting subject to the control or direction of the United Arab Emirates without prior notification to the Attorney General.

One person cannot commit the crime of conspiracy alone. The proof must convince you that at least two people joined together in a common criminal scheme. But the Government does not need to prove an express or formal agreement, or that the conspirators stated in words or in writing what the scheme was, its object or purpose, or how it was to be accomplished. It is sufficient if the proof establishes that the conspirators came to an unspoken mutual understanding to accomplish an unlawful act by means of a joint plan or common design. If, however, they were acting together for some proper purpose or separately even for a criminal purpose, the Government would not have satisfied the first element and you must then find the defendant you are considering not guilty of any conspiracy. Similarity of conduct or the fact that persons may have assembled together and discussed common aims and interests does not necessarily establish proof of the existence of a conspiracy.

You may find that the existence of an agreement between two or more persons to disobey or disregard the law has been established by direct proof. But since conspiracy is generally by its nature characterized by secrecy, you may also infer its existence from the circumstances of this case and the conduct of the parties involved. In determining whether an agreement existed, you may consider the actions and statements of all of those you find to be participants as proof that a common design existed on the part of the persons charged to act together to accomplish an unlawful purpose. It is not necessary for the Government to prove that the ultimate objectives of a conspiracy were, in fact, successfully accomplished. It is enough that the Government has proved that two or more persons in any way expressly or impliedly came to a common understanding to violate the law.

***B. Second Element: Membership in the Conspiracy***

If you are satisfied that the conspiracy existed, the second element that the Government must prove beyond a reasonable doubt is that the defendant knowingly and intentionally became a member of the charged conspiracy with the intent that the underlying crime be committed. I already instructed you on the terms "knowingly" and "intentionally," so please apply those instructions here.

Essentially, the defendant must have participated in the conspiracy with knowledge of its unlawful purpose and with the specific intention of furthering one or more of its objectives. This must be established by independent evidence of the defendant's own acts or statements, as well as those of other alleged co-conspirators, and the reasonable inferences which may be drawn from them.

A person who has no knowledge of the conspiracy but happens to act in a way which furthers some objective or purpose of the conspiracy does not thereby become a conspirator. Moreover, mere association by a defendant with a conspirator does not make the defendant a member of the conspiracy, even if he knows of the conspiracy. Mere similarity of conduct or the fact that they may have assembled together and discussed common aims and interests does not necessarily establish membership in the conspiracy; in other words, knowledge or acquiescence without participation in the unlawful plan is not enough. In other words, knowledge is not enough; a defendant himself must intentionally participate in the conspiracy with knowledge of at least some of the purposes or objectives of the conspiracy and with the intention of aiding in the accomplishment of those unlawful ends. And, of course, a defendant cannot become a member of the conspiracy by accident, mistake or misunderstanding.

Proof of a financial interest in the outcome of a scheme is not essential to prove membership in a conspiracy. But if you find that the defendant had such an interest, that is a factor that you may properly consider in determining whether or not the defendant was a member of the charged conspiracy. The defendant also need not have known the identities of each member of the conspiracy or all of their activities to be a member of the conspiracy. In addition, he need not have been fully informed of all the details or the scope of the conspiracy or joined all of the conspiracy's unlawful objectives.

Nor is a conspirator's liability measured by the extent or duration of his participation in the conspiracy. Put differently, to be guilty of conspiring to commit a crime the defendant need not have been a member of any conspiracy from its very start. A defendant also does not have to be a member of the conspiracy for the entire time of the conspiracy's existence. Each member may perform separate and distinct acts and may perform them at different times. Some conspirators may play major roles, while others may play minor ones. Even a single act may be sufficient to draw a defendant within the circle of a conspiracy.

In sum, a defendant, with an understanding of the unlawful character of the conspiracy, must have intentionally engaged, advised, or assisted in it for the purpose of furthering the illegal undertaking. He thereby becomes a knowing and intentional participant in the unlawful agreement – that is to say, he becomes a conspirator.

***C. Third Element: Overt Act***

The third element that the Government must prove beyond a reasonable doubt to establish the offense of conspiracy is that the defendant or a co-conspirator knowingly and intentionally committed at least one overt act. An overt act is any action intended to help the object of the conspiracy. To put it another way, the overt act element is a requirement that the

agreement went beyond the mere talking and agreement stage. In the context of this case, the Government must prove beyond a reasonable doubt that an overt act was committed in furtherance of each defendant's agreement with others to conspire to violate Section 951 by acting subject to the control or direction of the UAE without prior notification to the Attorney General.

An overt act need not itself be a criminal act, but it must contribute to furthering the conspiracy. It is not required that all of the overt acts alleged in the Indictment be proven or that the overt act was committed at precisely the time alleged in the Indictment. It is sufficient if you are convinced beyond a reasonable doubt that an overt act occurred at or about the time and place stated. Similarly, you need not find that a defendant themselves committed the overt act. It is sufficient for the Government to show that one of the conspirators knowingly and intentionally committed an overt act in furtherance of the conspiracy, since, in the eyes of the law, such an act becomes the act of all of the members of the conspiracy.

I will now read a sample of some, but not all, of the overt acts alleged in the Indictment. It is not required that all of the overt acts alleged in the Indictment be proven or that any overt act was committed at precisely the time alleged in the Indictment. Indeed, the government may plead one set of overt acts in the Indictment and prove a different set of overt acts at trial.

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to BARRACK's promotion of the United Arab Emirates and its foreign policy interests in media appearances:

| **Date** | **Overt Act** |
| --- | --- |
| September 5, 2016 | Emails between BARRACK and AL MALIK |

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to drafting materials proposing a strategy for the United Arab Emirates to further its foreign policy interests with the United States:

| Date | Overt Act |
|---|---|
| July 27, 2016 | Emails between GRIMES and AL MALIK |

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to BARRACK and GRIMES acquiring a cellular telephone and installing a secure messaging application to facilitate BARRACK's communications with senior officials of the United Arab Emirates:

| Date | Overt Act |
|---|---|
| October 6, 2016 | Text messages between GRIMES and AL MALIK |

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to BARRACK and GRIMES soliciting and receiving input from senior United Arab Emirates officials relating to the Op-Ed:

| Date | Overt Act |
|---|---|
| October 10, 2016 | Text messages between GRIMES and AL MALIK |

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to BARRACK providing assistance to the United Arab Emirates in connection with the transition within the United States government to the incoming administration of the President-Elect:

| Date | Overt Act |
|---|---|
| November 16, 2016 | Emails between BARRACK and YOUSEF AL OTAIBA |

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to BARRACK and GRIMES providing assistance to the United Arab Emirates in its dealings with the executive branch of the United States government:

| Date | Overt Act |
|---|---|
| March 15, 2017 | Text messages between BARRACK and AL MALIK |

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to BARRACK and GRIMES advocating for the appointment of candidates favored by the United Arab Emirates in the new administration of the President in the United States government:

| Date | Overt Act |
|---|---|
| April 12, 2017 | Text messages between BARRACK and AL MALIK |

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to BARRACK aiding United Arab Emirates officials in connection with MBZ's visit on or about May 15, 2011 to the White House and reporting information about that meeting to United Arab Emirates officials after it occurred:

| Date | Overt Act |
|---|---|
| May 16, 2017 | Text messages between BARRACK and AL MALIK |

On or about the following dates, among others, the alleged co-conspirators exchanged text messages and emails relating to the defendants advancing the foreign policy interests of the United Arab Emirates by influencing the foreign policy of the United States with respect to Qatar:

| Date | Overt Act |
|---|---|
| September 27, 2017 | Text messages between BARRACK and AL MALIK |

***D. Unanimity of Theory as to Counts One and Two***

You have been instructed that your verdict, whether it is guilty or not guilty, must be unanimous. There could be a theoretical mis-match where all jurors agree on guilt, but for different reasons. In such a case, the lack of unanimity would prevent you from finding guilt. The Government does not have to prove all of its theories of liability for you to return a guilty verdict. Proof beyond a reasonable doubt on one liability theory is enough to hold a defendant liable under that theory. But in order to return a guilty verdict, all of you must agree that the same theory has been proved beyond a reasonable doubt as to that particular defendant.

## IV. Legal Commercial Transaction Exception

If you find that a defendant was acting as an agent of the United Arab Emirates without prior notification to the Attorney General, the statute provides an exception for individuals engaged in a legal commercial transaction. Specifically, Section 951 exempts "any person engaged in a legal commercial transaction" from the definition of "agent of a foreign government," meaning that persons engaged in a legal commercial transaction cannot violate Section 951 because they are not required to give notice to the Attorney General. Accordingly, it is not a crime under Count 1 or Count 2 for a person engaged in a lawful commercial transaction to fail to give the required notice under Section 951, and it is not illegal to aid and abet someone under Section 951 if that other person has no duty to provide notice under the legal commercial exception.

The Government has the burden of proving beyond a reasonable doubt that a defendant was not engaged in a legal commercial transaction. In determining whether the Government has proven that this exception is inapplicable, you may consider the relevant testimony of all of the

witnesses, regardless of who may have called them, and all of the relevant exhibits, regardless of who may have introduced them.

In other words, even if you find that the Government has proven that a defendant agreed to operate subject to the direction or control of a foreign government, you must find that defendant not guilty of Count One if the Government fails to prove to you beyond a reasonable doubt that the defendant was not engaged in a lawful commercial transaction. Similarly, you must find a defendant not guilty of the conspiracy alleged in Count Two if you find that the agreement among the alleged co-conspirators was to engage in a legal commercial transaction.

It is important to remember that the fact that a defendant has raised this exception does not relieve the Government of the burden of proving all the elements of the crimes as I have defined them for you. Those elements are things that the Government still must prove beyond a reasonable doubt. In other words, even if you find that a defendant was not engaged in a lawful commercial transaction, that is not enough to convict them on Counts 1 and 2. Rather, neither defendant can be convicted of any crime unless the Government proves each element of the crime charged beyond a reasonable doubt.

I will now discuss what constitutes a “legal commercial transaction” in more detail.

The term “legal commercial transaction” is defined to mean “any exchange, transfer, purchase or sale, of any commodity, service or property of any kind, including information or intellectual property, not prohibited by federal or state legislation or implementing regulations.” Thus, the exception has three requirements.

<u>First</u>, the defendant must have been engaged in a “transaction,” meaning an exchange, transfer, purchase, or sale.

Second, the transcription must be "commercial" in nature, meaning involving a commodity, service, or property of any kind.

Third, the transaction must be "legal," meaning not prohibited by a federal or state law or regulation.

The Government must prove beyond a reasonable doubt that at least one of these three elements is not satisfied with respect to a defendant's actions in the United States on behalf of the foreign government. For example, if you determine that a defendant was engaged in a commercial transaction on behalf of a foreign government, but his actions violated some other law, the exception would not apply. As another example, if you determine that a defendant acted as an agent of a foreign government, but not was not engaged in a transaction that was "commercial" in nature, the exception also would not apply.

***A. Foreign Agent Registration Act***

As I have previously explained, the defendants would fall within an exception from the definition of "agent of a foreign government" in Section 951 if you find that they were "engaged in a legal commercial transaction." The Government claims that this exception is not applicable. The Government claims that the defendants were not engaged in commercial transactions, and if they were, any such transactions were not "legal" because the defendants' conduct was prohibited by a different statute called the Foreign Agent Registration Act or "FARA."

FARA requires that a person who acts as an agent of a foreign principal file a registration statement with the Department of Justice and supplement that statement as needed. A "foreign principal" under FARA includes a government of a foreign country, a term which I have previously defined for you.

An "agent of a foreign principal" under FARA includes:

(1) any person who acts as an agent, representative, employee, or servant, or any person who acts in any other capacity at the order, request, or under the direction or control, of a foreign principal or of a person any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign principal, and who directly or through any other person –
   (i) engages within the United States in political activities for or in the interests of such foreign principal;
   (ii) acts within the United States as a public relations counsel, publicity agent, information-service employee or political consultant for or in the interests of such foreign principal;
   (iii) within the United States solicits, collects, disburses, or dispenses contributions, loans, money, or other things of value for or in the interest of such foreign principal; or
   (iv) within the United States represents the interests of such foreign principal before any agency or official of the Government of the United States; and

(2) any person who agrees, consents, assumes or purports to act as, or who is or holds himself out to be, whether or not pursuant to contractual relationship, an agent of a foreign principal as defined in clause (1) of this subsection.

A "foreign principal" can be a foreign government, a foreign political party, any person outside the United States except U.S. citizens who are domiciled within the United States, and any entity organized under the laws of a foreign country or having its principal place of business in a foreign country.

A person engages in "political activities" when they engage in any activity that the person believes will, or that the person intends to, in any way influence any agency or official of the government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

A “political consultant” is any person who engages in informing or advising any other person with reference to the domestic or foreign policies of the United States or the political or public interest, policies, or relations of a foreign country or of a foreign political party.

A “public-relations counsel” includes any person who engages directly or indirectly in informing, advising, or in any way representing a principal in any public relations matter pertaining to political or public interests, policies, or relations of such principal.

A “publicity agent” includes any person who engages directly or indirectly in the publication or dissemination of oral, visual, graphic, written, or pictorial information or matter of any kind, including publication by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or otherwise.

I instruct you that, if you find that a defendant acted as an “agent of a foreign principal” under FARA as I have just defined that to you, then the failure to file a registration statement under FARA is a violation of the law, and the “legal commercial transaction” exception I just discussed does not apply to any such action. This is because a commercial transaction that violates FARA is, by definition, not a “legal commercial transaction.”

### ***B. Foreign Agent Registration Act Exemptions and Exceptions***

#### ***a. Private and Nonpolitical Activities Exemption***

FARA contains an exemption which provides that “[a]ny person engaging or agreeing to engage only in private and nonpolitical activities in furtherance of the bona fide trade or commerce of [a] foreign principal” is not required to register under FARA. “[T]rade or commerce” includes “the exchange, transfer, purchase, or sale of commodities, services, or property of any kind.” However, activities that “directly promote the public or political interests of [a] foreign government” do not fall within this exception.

FARA also contains an exemption which provides that "[a]ny person engaging or agreeing to engage only" in "activities not serving predominantly a foreign interest" is not required to register under FARA. However, this exemption does not apply if the defendant engaged in political activities directed by a foreign government or foreign political party or political activities that directly promote the public or political interests of a foreign government or of a foreign political party.

If you find that a defendant only engaged or agreed to engage in private and nonpolitical activities in furtherance of bona fide trade or commerce, or that a defendant only engaged or agreed to engage in activities that did not predominantly serve a foreign interest, that defendant's conduct would be legal under FARA.

***b. Employee Exemption***

Under FARA, an employee or agent of a registrant is required to file a short form registration statement – as opposed to the ordinary registration that must be completed by an agent of a foreign principal. Mr. Grimes would be required to submit a short form registration if you find that Mr. Barrack is an agent of the UAE who had to register under FARA, and that Mr. Grimes was an employee or agent of Mr. Barrack. But there are two exceptions from the obligation to file a short form registration that you may find applicable to Mr. Grimes,

First, an employee or agent of a registrant who does not engage directly in registrable activity in furtherance of the interests of the foreign principal is not required to file a short form registration statement.

Second, an employee or agent of a registrant whose services in furtherance of the interests of the foreign principal are rendered in a clerical, secretarial, or in a related or similar capacity, is not required to file a short form registration statement.

In the context of this case, if you find that neither Mr. Barrack nor Mr. Grimes was an agent of a foreign principal who had to register under FARA, then you must conclude that neither of them violated FARA. But if you conclude that Mr. Barrack had a duty to register under FARA, and that Mr. Grimes was an employee or agent of Mr. Barrack and not himself an agent of a foreign principal, you must conclude that Mr. Grimes had no duty to register under FARA if you find either that (1) Mr. Grimes was an employee or agent of Mr. Barrack who did not engage directly in registrable activity in furtherance of the interests of the UAE, or (2) if you find that Mr. Grimes was an employee or agent of Mr. Barrack who did engage directly in registrable activity in furtherance of the interests of the UAE, but he rendered those services in a clerical, secretarial, or in a related or similar capacity.

### *C. Clarifying Instruction*

Keep in mind that defendants have not been charged with violating FARA, and FARA is a different statute than Section 951, which concerns Counts 1 and 2. The issue of whether defendants violated FARA applies only to whether the legal commercial transaction exception of Section 951 is applicable in this case.

## V. Count III: Obstruction of Justice

Count Three charges defendant Thomas Joseph Barrack with obstruction of justice.

The relevant statute is Section 1512(c)(2) of Title 18 of the U.S. Code, which provides: "Whoever corruptly . . . obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be" guilty of a crime.

Specifically, Count Three of the Indictment charges that:

> On or about June 20, 2019, within the Eastern District of New York and elsewhere, the defendant THOMAS JOSEPH BARRACK, together with others, did knowingly, intentionally and corruptly obstruct, influence and impede, and attempt

to obstruct, influence and impede, an official proceeding, to wit: a Federal Grand Jury investigation in the Eastern District of New York.

In order to prove the defendant guilty of obstructing an official proceeding, the Government must prove each of the following elements beyond a reasonable doubt:

<u>First</u>, that the defendant obstructed, influenced, or impeded an official proceeding or attempted to do so; and

<u>Second</u>, that the defendant acted corruptly.

I will explain these elements in more detail.

***A. <u>First Element</u>: Obstructing an Official Proceeding***

The first element the Government must prove beyond a reasonable doubt is that the defendant obstructed, influenced, or impeded an official proceeding, or attempted to do so. I instruct you that a federal grand jury investigation is an official proceeding. In the context of this case, the Government must prove that the defendant obstructed, influenced, or impeded a federal grand jury investigation in the Eastern District of New York.

The law does not require that the official proceeding be pending at the time of the defendant's actions as long as the proceeding was foreseeable such that the defendant knew that his actions were likely to affect the proceeding.

***B. <u>Second Element</u>: Defendant Acted Corruptly***

The second element the Government must prove beyond a reasonable doubt is that the defendant acted corruptly. In the context of this case, the Government must prove beyond a reasonable doubt that on June 20, 2019, the day that Mr. Barrack was interviewed by the FBI, Mr. Barrack acted with an improper purpose and engaged in conduct knowingly, intentionally, and dishonestly with the intent to obstruct, impede or influence the due administration of justice with respect to a federal grand jury investigation in the Eastern District of New York.

To satisfy this requirement, the defendant's conduct must have a relationship in time, causation, or logic with the proceeding such that it was foreseeable the defendant's conduct would interfere with a grand jury proceeding in the Eastern District of New York. In other words, the Government must prove to you beyond a reasonable doubt that obstruction of the due administration of justice with respect to the proceeding was the natural and probable outcome of the defendant's conduct. However, a defendant's conduct does not need to actually obstruct justice. Whether the defendant acted "corruptly" may be established by direct or circumstantial evidence showing the defendant's state of mind.

The Government cannot satisfy its burden on this element by proving only that the defendant knew about a pending grand jury investigation in the Eastern District of New York. Moreover, unless you find that the Government proved that the defendant knew that the agents and prosecutors he was speaking with on June 20, 2019 would convey his statements to a grand jury in the Eastern District of New York, you must find that the defendant was not acting corruptly and thus, that he is not guilty of Count Three.

## VI. Counts IV through IX: Materially False Statements

Counts Four through Nine of the Indictment charge the defendant Thomas Joseph Barrack with making materially false, fictitious, and fraudulent statements in violation of federal law.

The relevant statute on this subject is Section 1001(a)(2) of Title 18 of the U.S. Code. It provides, in relevant part: "[W]hoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully . . . makes any materially false, fictious or fraudulent statement or representation . . . shall be [guilty of a crime]."

Count Four of the Indictment charges that:

On or about June 20, 2019, within the Eastern District of New York and elsewhere, the defendant THOMAS JOSEPH BARRACK did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the FBI, in that BARRACK falsely stated and represented to FBI special agents that RASHID SULTAN RASHID AL MALIK ALSHAHHI, also known as "Rashid Al Malik" and "Rashid Al-Malik," did not ask BARRACK to do anything for the United Arab Emirates, when in fact, as he then and there well knew and believed, AL MALIK asked BARRACK to assist the United Arab Emirates on numerous occasions.

Count Five of the Indictment charges that:

On or about June 20, 2019, within the Eastern District of New York and elsewhere, the defendant THOMAS JOSEPH BARRACK did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the FBI, in that BARRACK falsely stated and represented to FBI special agents that RASHID SULTAN RASHID AL MALIK ALSHAHHI, also known as "Rashid Al Malik" and "Rashid Al-Malik," never proffered any policies or requests to BARRACK, when in fact, as he then and there well knew and believed, MALIK proffered policies and requests to BARRACK on numerous occasions.

Count Six of the Indictment charges that:

On or about June 20, 2019, within the Eastern District of New York and elsewhere, the defendant THOMAS JOSEPH BARRACK did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the FBI, in that BARRACK falsely stated and represented to FBI special agents that other than Gmail, iMessage and WhatsApp, BARRACK never used any messaging application with anyone associated with the Middle East, and that BARRACK was never asked to download any messaging application by anyone associated with the Middle East, when in fact, as he then and there well knew and believed, BARRACK was asked by KHALIFA AL GHAFLI and AL MALIK to download a messaging application to communicate directly with SHEIKH MOHAMMED BIN ZAYED BIN SULTAN AL-NAHYAN ("MBZ") and SHEIKH TAHNOON BIN ZAYED AL-NAHYAN and used that messaging application to communicate with United Arab Emirates officials.

Count Seven of the Indictment charges that:

On or about June 20, 2019, within the Eastern District of New York and elsewhere, the defendant THOMAS JOSEPH BARRACK did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the FBI, in that BARRACK falsely stated and represented to FBI special agents that BARRACK was never asked to acquire a dedicated telephone to communicate with anyone associated with the Middle East and has had only one telephone, the telephone number of which is known to the Grand Jury, when in fact, as he then and there well knew and believed, BARRACK has had more than one telephone, AL MALIK asked BARRACK to acquire a dedicated telephone to communicate directly with MBZ and SHEIKH TAHNOON BIN ZAYED AL-NAHYAN via a messaging application and BARRACK in fact acquired a dedicated telephone to communicate directly with MBZ and SHEIKH TAHNOON BIN ZAYED AL-NAHYAN via the messaging application.

Count Eight of the Indictment charges that:

On or about June 20, 2019, within the Eastern District of New York and elsewhere, the defendant THOMAS JOSEPH BARRACK did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the FBI, in that BARRACK falsely stated and represented to FBI special agents that, after the 2016 United States Presidential Election, BARRACK had no role in facilitating communications, including arranging telephone calls, between the President-Elect and officials from the United Arab Emirates, including MBZ and SHEIKH TAHNOON BIN ZAYED AL-NAHYAN, and that he had nothing to do with any phone calls between MBZ and SHEIKH TAHNOON BIN ZAYED AL-NAHYAN with the President-Elect, when in fact, as he then and there well knew and believed, BARRACK facilitated communications between the President-Elect and MBZ and SHEIKH TAHNOON BIN ZAYED AL-NAHYAN after the 2016 Presidential Election, including by arranging one or more telephone calls between the President- Elect and MBZ and SHEIKH TAHNOON BIN ZAYED AL-NAHYAN and by providing contact information for MBZ and SHEIKH TAHNOON BIN ZAYED AL-NAHYAN to the President-Elect's assistant.

Count Nine of the Indictment charges that:

On or about June 20, 2019, within the Eastern District of New York and elsewhere, the defendant THOMAS JOSEPH BARRACK did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the FBI, in that BARRACK falsely stated and represented to FBI special agents that BARRACK did not provide any guidance

or input into Stephen Bannon's meeting with MBZ in or about September 2017 and that BARRACK did not learn of Stephen Bannon's meeting with MBZ until after the meeting, when in fact, as he then and there well knew and believed, BARRACK advised Stephen Bannon to meet with MBZ in or about September 2017 and BARRACK had advance notice of Stephen Bannon's meeting with MBZ in or about September 2017.

To establish a violation of Section 1001, the Government must prove:

First, that on or about the date specified, the defendant made a statement or representation;

Second, that the statement or representation was material, meaning that it was capable of influencing a decision of the government of the United States;

Third, that the statement or representation was false, fictitious or fraudulent;

Fourth, that the false, fictitious, or fraudulent statement or representation was made knowingly, intentionally, and willfully; and

Fifth, that the statement or representation was with respect to a matter within the jurisdiction of the government of the United States.

I will now explain each of these elements to you in more detail.

***A. First Element: Defendant Made a Statement or Representation***

The first element that the Government must prove beyond a reasonable doubt is that the defendant made a statement or representation. The Government is required to prove beyond a reasonable doubt that the defendant made a statement with a substantially similar meaning to the one alleged in the Indictment. The Government is not required to prove that the defendant used the precise language charged in the Indictment.

***B. Second Element: Materiality***

The second element the Government must prove beyond a reasonable doubt is that the defendant's statement or representation was material.

A statement is material if it is capable of or has the natural tendency to influence the Government's decisions or activities. The requirement that a false statement be "material" does not require that the defendant's statement in this case actually influenced the Government's decisions or activities in this particular investigation. It is possible for a false statement to be "material" even if the Government knew at the time the statement was made that the statement was false, so long as the statement was capable of influencing the Government's decisions or activities.

***C. Third Element: False, Fictitious, or Fraudulent Statement***

The third element that the Government must prove beyond a reasonable doubt is that the statement or representation was false, fictitious, or fraudulent.

A statement or representation is "false" or "fictitious" if it was untrue when made and known at the time to be untrue by the person making it or causing it to be made.

A statement or representation is "fraudulent" if it was untrue when made and was made or caused to be made with the intent to deceive the government agency to which it was submitted.

The falsity of the defendant's statement is evaluated at the moment the defendant uttered it. The burden never shifts to the defendant to prove the truth of the statement. Rather, the burden remains at all times with the Government to show that the alleged statement by the defendant was false and that the person making the statement actually knew the statement was false. A literally true statement, even if it is misleading or incomplete, is not false, fictitious, or

fraudulent within the meaning of the statute. But a statement that is literally true in isolation may actually be false in the context of the question and surrounding circumstances.

If the government's question was ambiguous, it is the Government's burden to adduce evidence sufficient to establish falsity beyond a reasonable doubt in one of two ways. One way is that the Government must prove beyond a reasonable doubt what the defendant understood and meant when making the representation charged as false, thereby eliminating any ambiguity, and must prove that interpretation to be false. Alternatively, the Government must prove beyond a reasonable doubt the falsity of the defendant's answer under any reasonable interpretation of the question.

***D. Fourth Element: Knowing and Willful Conduct***

The fourth element the Government must prove beyond a reasonable doubt is that the defendant acted knowingly, intentionally, and willfully. I have already instructed you on "knowingly" and "intentionally", and you should apply those instructions here.

A person acts "willfully" if he acts knowingly and purposely with an intent to do something that the law forbids; that is to say, with a bad purpose, to disobey or disregard the law. A defendant's conduct was not willful if it was due to negligence, inadvertence, or mistake.

***E. Fifth Element: Matter Within the Jurisdiction of the US Government***

The fifth element that the Government must prove beyond a reasonable doubt is that the statement was made with regard to a matter within the jurisdiction of the Government of the United States.

To be within the jurisdiction of a department or agency of the United States government means that the statement must concern an authorized function of that department or agency. I instruct you that the Federal Bureau of Investigation (or "FBI") is a part of the United States

Department of Justice, which is a department or agency of the United States government. I further instruct you that one of the authorized functions of the Department of Justice, including the FBI, is to investigate violations of federal criminal law.

It is not necessary for the Government to prove that the defendant had actual knowledge that any false statement was to be utilized in a matter that was within the jurisdiction of the government of the United States. It is sufficient to satisfy this element if you find that the false statement was in fact made with regard to a matter within the jurisdiction of the government of the United States, regardless of whether the defendant knew that matter was within the jurisdiction of the government of the United States.

### *F. False Statements: Multiple Counts*

As I noted earlier, the Indictment contains a total of five false statement counts against defendant Thomas Barrack. Each count charges the defendant with a different crime. You must consider each count separately and return a separate verdict of guilty or not guilty for each.

Whether you find the defendant guilty or not guilty as to one offense should not affect your verdict as to any other offense charged.

## VII. Venue

In addition to the elements of the crimes charged that I have described for you, you must also decide whether each of the charged crimes was committed, in whole or in part, within the Eastern District of New York. This is a concept known as "venue."

The Government's obligation to prove venue by a "preponderance of the evidence" is a lesser standard of proof than "beyond a reasonable doubt." To prove something by a preponderance of the evidence means to prove that it is more likely true than not true. It is determined by considering all the evidence and deciding which evidence is more convincing. If

the evidence appears to be equally balanced or if you cannot say upon which side it weighs heavier, then you must resolve this question against the Government, in favor of the defendant.

You are instructed that the Eastern District of New York includes the following counties: Kings (also known as Brooklyn), Queens, Richmond (also known as Staten Island), Nassau, and Suffolk. In addition, the Eastern District of New York includes the waters within New York and Bronx Counties, which include the waters surrounding the island of Manhattan that separate Manhattan from the other boroughs of New York City and from the State of New Jersey, as well as the air space above the district or the waters in the district.

Venue is proper in the Eastern District of New York if the charged offense was begun, continued, or completed in this district. Venue is not proper in the Eastern District of New York if the only acts performed by the defendant were merely preparatory to the offense and not part of the conduct constituting the offense.

With respect to Count One, the Government must prove that a defendant "acted as an agent" of the UAE within the Eastern District, without having given prior notification to the Attorney General.

With respect to Count Two, the Government must prove that the defendant caused an act in furtherance of the charged conspiracy to occur in the Eastern District of New York or that it was foreseeable that the defendant's action would cause an act in furtherance of the charged offense to occur in the Eastern District of New York, even if the defendant was not personally present in this district. The actions of coconspirators, as well as actions caused by coconspirators, are sufficient to confer venue if it was reasonably foreseeable to the defendant that overt acts in furtherance of the conspiracy would occur in the Eastern District of New York.

With respect to the offense charged in Count Three, obstruction of justice, venue is proper if the defendant Thomas Joseph Barrack intended to affect an official proceeding, whether or not pending or about to be instituted, in the Eastern District of New York. As I have previously explained, a federal grand jury investigation is an official proceeding under the law.

With respect to the offenses charged in Counts Four through Nine regarding materially false statements, venue is proper if the false statements were material to the Government's decisions or activities in the Eastern District of New York. In other words, even if false statements were made somewhere else, if these statements were conveyed to and capable of having an effect on Government decisionmakers working in the Eastern District of New York, then there is venue for the offenses in this district.

What sort of actions can confer venue? Venue can be based on physical presence or conduct, and passing through a district, including through or over waters if done in furtherance of the crime. Venue can be based on electronic impulses – including email or text communications – being sent, received, or routed through the district if these communications were made in furtherance of the crime. Venue can also be established by telephonic communications in furtherance of a crime being made from or received in the district.

## VIII. Defendants' Theory of the Case

Each defendant is permitted to have their theory of the case described to you by the Court. Both Mr. Barrack and Mr. Grimes's contend that the Government has failed to satisfy its burden of proof with respect to the charges against them.

In particular, Mr. Barrack contends that he never agreed to act in the United States as an agent of the United Arab Emirates, and that his actions between 2016 and 2018 were not at the direction or control of the UAE government or any UAE officials. With respect to the false

statement charges, Mr. Barrack contends that the Government has failed to satisfy the burden of proof with respect to the elements that I have previously read to you, and specifically that the Government failed to show that Mr. Barrack made any false statements or that Mr. Barrack's false statements were capable of influencing the decisions of the government. With respect to the obstruction of justice charge, Mr. Barack also contends that the Government has failed to meet the elements of the offense beyond a reasonable doubt, and specifically that the Government failed to show that Mr. Barrack intended to obstruct a grand jury proceeding

Mr. Grimes contends that he did not make any agreement with anyone in the United Arab Emirates to be that country's agent. Mr. Grimes also asserts that he did not believe that either Mr. Barrack or Rashid Al Malik were, or sought to be, agents of the UAE government, and even if they were, Mr. Grimes did not know that they had not provided the required notice to the Attorney General.

I take no position on the merits or validity of these theories. The defense theories are not evidence. You should base your verdict on the evidence that was before you during trial, and the instructions on the law that I am giving you today.

# PART III: GENERAL REMARKS ABOUT DELIBERATIONS

## I. Selecting a Foreperson and Communications with the Court

I'm now turning to the third part of the charge. Now that I have instructed you on the law and the process by which you should weigh the evidence and determine the facts, I will give you some guidance for your deliberations.

No member of the jury should attempt to communicate with me or with any court personnel by any means other than a signed writing from the foreperson. Therefore, the first thing you must do is select a foreperson, who will sign all notes to the Court and hand them to the marshal for me to read. Once I read your note, I will have you return to the courtroom so we can speak in person. You should not tell me or anyone else how the jury stands numerically on the issue of a defendants' guilt, even in open court, until after a unanimous verdict is reached.

## II. Publicity

Let me remind you about my earlier admonitions to avoid reading about the case in the newspapers, watching any news concerning the case on television or listening to any radio accounts of the case. You must limit the information you get about the case to what comes to you in the courtroom through the rules of evidence. You must also disregard any and all reports that you have happened to read, see or hear through the media. Such matters are not facts in evidence in this case. You must not permit such matters to influence your judgment in arriving at a verdict in this case.

## III. Contact with Others

During your deliberations, you should not discuss or provide any information about the case with anyone. This includes discussing the case in person, in writing, by phone or by any other electronic means, via text-messaging, e-mail, Facebook, LinkedIn, Twitter, blogging or any Internet chat room, web site or other application. In other words, do not talk to anyone on the

phone or in person, or communicate by electronic means about this case with anyone except your fellow jurors and even then only while you are in the jury room. If you are asked or approached in any way about your jury service or anything about this case, you should respond that you have been ordered by me not to discuss the matter, and you should report the contact to Mr. Scott as soon as possible. Along the same lines, you should not try to access any information about the case or do research on any issue that arose during the trial from any outside source, including dictionaries, reference books or anything on the Internet or in a printed reference might be incorrect or incomplete. In our court system, it is important that you not be influenced by anyone or anything outside this courtroom. Your sworn duty is to decide this case solely and wholly on the evidence that was presented to you in this courtroom.

## IV. Right to See Exhibits and Hear Testimony

You will have certain exhibits with you in the jury room. If you want to see any exhibits that are not in the jury room, you may request them in writing. We can also have portions of the trial testimony read back to you or tape recordings played again for you. It will help greatly if you can be as specific as possible as to witness and subject matter when you make your request. Tell us who the witness is and what topic you need to hear so that it is easier and faster for us to find it.

## V. Duty to Consult and Need for Unanimity

The purpose of jury deliberations is to discuss and consider the evidence; to listen to the arguments of fellow jurors; to present your individual views; to consult with one another; and to reach an agreement based on the evidence presented – if you can do so without violating your own individual judgment.

You should not hesitate to change your opinion if, after discussion with your fellow jurors, your opinion seems wrong. If, however, after you have carefully considered all the evidence and the arguments of your fellow jurors, you entertain a conscientious view that differs from the others, you are not to yield your conviction simply because you are outnumbered. Your final vote must reflect your conscientious judgment as to how the issues should be decided.

Your job is to reach a fair conclusion from the law and the evidence. Each of you must decide the case for yourself, after you consider the evidence with your fellow jurors. If the Government succeeds in meeting its burden of proof beyond a reasonable doubt, your verdict should be guilty; if the Government fails to meet its burden, your verdict should be not guilty.

Either way, your verdict must be unanimous. All of you must reach the same conclusion as to each charge, although you can reach a unanimous verdict of not guilty on one or more charges and guilty on the other charges.

## VI. Reaching a Verdict

When you have reached a unanimous verdict, please send a note signed by your foreperson that you have reached a verdict. Do not indicate in the note what the verdict is.

You will also have two verdict sheets – one for each defendant – in the jury room. Beneath each count is a space marked "guilty" or "not guilty." Your verdict as to each count must be recorded on the verdict sheet for the particular defendant. After you have completed the verdict sheets, the foreperson should sign and date them and return them to the Court.

## VII. Final Comments

Remember that the parties and the Court are relying on you to give full and conscientious deliberation and consideration to the issues and evidence before you. Your oath sums up your

duty, and that is: without fear or favor, you will truly try the issues between these parties according to the evidence given to you in court and the laws of the United States.