**DINSMORE & SHOHL LLP**
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
www.dinsmore.com • Legal Counsel

J. Riley Able
(513) 832-5369 (direct) · (513) 977-8141 (fax)
riley.able@dinsmore.com

November 23, 2026

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

Re: *United States v. Emmanuel Clase de la Cruz*
Criminal Case No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

As discussed during sidebar this morning, Defendant Emmanuel Clase de la Cruz writes to alert the Court of *United States v. Groysman*, 766 F.3d 147 (2d Cir. 2014). This binding Second Circuit authority is, at a minimum, instructive regarding whether GX 3 is admissible as a summary exhibit under Federal Rule of Evidence 1006. As explained prior to the government's direct examination of FBI Forensic Analyst Christopher Petrellese, Mr. Clase does not object to the government's use of GX 3 as an illustrative aid under Federal Rule of Evidence 107. The exhibit should not, however, be referred to as substantive evidence during summation and "must not be provided to the jury during deliberations." Fed. R. Evid. 107. Mr. Clase does not request further argument but is happy to address any questions the Court may have after reading *Groysman*.

Respectfully submitted,

/s/ *J. Riley Able*

J. Riley Able (*pro hac vice*)
Lindsay K. Gerdes (NY Bar No. 4581690)
Michael Ferrara (*pro hac vice*)
Michael Bronson (*pro hac vice*)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: (513) 977-8200
riley.able@dinsmore.com

***Counsel for Emmanuel Clase***

Cc: Counsel of Record (via ECF/Email)